BRIAN M. BOYNTON, Principal Deputy Assistant Attorney General
ARUN G. RAO, Deputy Assistant Attorney General
GUSTAV W. EYLER, Director
LISA K. HSIAO, Assistant Director
ZACHARY L. COWAN, Trial Attorney (NCBN 53432)
DEBORAH S. SOHN, Trial Attorney (NYBN 5118096, DCBN 1025098)

    U.S. Department of Justice
    Civil Division
    Consumer Protection Branch
    450 5th Street NW, Suite 6400-S
    Washington, DC 20530
    Telephone: (202) 451-7468
    Zachary.L.Cowan@usdoj.gov
    Deborah.S.Sohn@usdoj.gov

STEPHANIE M. HINDS, United States Attorney (CABN 154284)
MICHELLE LO, Chief, Civil Division (NYBN 4325163)
SHARANYA MOHAN, Assistant United States Attorney (NYBN 5027768)
EMMET P. ONG, Assistant United States Attorney (NYBN 4581369)

    Northern District of California
    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7198
    sharanya.mohan@usdoj.gov
    emmet.ong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>TWITTER, INC., a corporation,<br><br>          Defendant. | **Case No. 3:22-cv-03070**<br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE
CASE NO. 3:22-CV-03070

1

Please take notice that undersigned counsel, Deborah S. Sohn, hereby enters her appearance in the above-captioned matter on behalf of the United States of America.

Dated: May 25, 2022                                                     Respectfully submitted,

                                                                                          FOR THE UNITED STATES OF AMERICA:

*Of Counsel:*                                                              BRIAN M. BOYNTON
                                                                                          Principal Deputy Assistant Attorney General
JAMES A. KOHM                                                        Civil Division
Associate Director
Division of Enforcement                                            ARUN G. RAO
                                                                                          Deputy Assistant Attorney General
LAURA KOSS
Assistant Director                                                        GUSTAV W. EYLER
Division of Enforcement                                            Director
                                                                                          Consumer Protection Branch
REENAH L. KIM
Attorney                                                                        LISA K. HSIAO
Division of Enforcement                                            Assistant Director

ANDREA V. ARIAS                                                     __/s/  Deborah S. Sohn_____
Attorney                                                                        ZACHARY L. COWAN
Division of Privacy and Identity Protection          DEBORAH S. SOHN
                                                                                          Trial Attorneys
Federal Trade Commission                                     Consumer Protection Branch
600 Pennsylvania Avenue, N.W.,                          U.S. Department of Justice
Mail Stop CC-9528                                                    450 5th Street, N.W. Suite 6400-S
Washington, D.C. 20580                                          Washington, D.C. 20530
Tel: (202) 326-2272 (Kim)                                       Tel: (202) 598-7566
Tel: (202) 326-2715 (Arias)                                     Fax: (202) 514-8742
rkim1@ftcgov                                                              Zachary.L.Cowan@usdoj.gov
aarias@ftc.gov                                                            Deborah.S.Sohn@usdoj.gov

                                                                                          STEPHANIE M. HINDS
                                                                                          United States Attorney

                                                                                          MICHELLE LO
                                                                                          Chief
                                                                                          Civil Division

                                                                                          SHARANYA MOHAN
                                                                                          EMMET P. ONG
                                                                                          Assistant United States Attorneys
                                                                                          Northern District of California

NOTICE OF APPEARANCE
CASE NO. 3:22-CV-03070

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

450 Golden Gate Avenue
San Francisco, CA 94102
Tel: (415) 436-7198
sharanya.mohan@usdoj.gov
emmet.ong@usdoj.gov

NOTICE OF APPEARANCE
CASE NO. 3:22-CV-03070