1  BRIAN M. BOYNTON, Principal Deputy Assistant Attorney General
   ARUN G. RAO, Deputy Assistant Attorney General
2  GUSTAV W. EYLER, Director
   LISA K. HSIAO, Assistant Director
3  ZACHARY L. COWAN, Trial Attorney (NCBN 53432)
4  DEBORAH S. SOHN, Trial Attorney (NYBN 5118096, DCBN 1025098)

5      U.S. Department of Justice
       Civil Division
6      Consumer Protection Branch
7      450 5th Street NW, Suite 6400-S
       Washington, DC 20530
8      Telephone: (202) 451-7468
       Zachary.L.Cowan@usdoj.gov
9      Deborah.S.Sohn@usdoj.gov

10 STEPHANIE M. HINDS, United States Attorney (CABN 154284)
   MICHELLE LO, Chief, Civil Division (NYBN 4325163)
11 SHARANYA MOHAN, Assistant United States Attorney (NYBN 5027768)
12 EMMET P. ONG, Assistant United States Attorney (NYBN 4581369)

13     Northern District of California
       450 Golden Gate Avenue
14     San Francisco, California 94102
15     Telephone: (415) 436-7198
       sharanya.mohan@usdoj.gov
16     emmet.ong@usdoj.gov

17 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
18 [*Additional Counsel Listed on Signature Page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>TWITTER, INC., a corporation,<br><br>        Defendant. | **Case No. 3:22-cv-3070**<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED ORDER FOR CIVIL PENALTY, MONETARY JUDGMENT, AND INJUNCTIVE RELIEF** |

1    Plaintiff the United States of America, acting upon notification and authorization to the Attorney General by the Federal Trade Commission ("FTC" or "Commission"), filed its Complaint for Civil Penalties, Permanent Injunction, Monetary Relief, and Other Equitable Relief, against Defendant Twitter, Inc. for alleged violations of a 2011 FTC Administrative Order and Section 5 of the FTC Act, 15 U.S.C. § 45.  *See* ECF No. 1.  The parties have resolved all issues in this matter through the attached proposed Stipulated Order for Civil Penalty, Monetary Judgment, and Injunctive Relief.  Under the terms of the Stipulated Order, Twitter agrees to pay $150 million in civil penalties, reopen the underlying administrative proceedings in FTC Docket No. C-4316 pursuant to Section 3.72(b) of the Commission's Rules of Practice, 16 C.F.R. § 3.72(b), and modify the Decision and Order in *In re Twitter, Inc.*, C-4316, 151 FTC LEXIS 162 (F.T.C. Mar. 2, 2011) with the Decision and Order set forth in Attachment A to the Stipulated Order, and submit to substantial compliance reporting measures to ensure future compliance with the law.

"Because of the unique aspects of settlements, a district court should enter a proposed consent judgment if the court decides that it is fair, reasonable and equitable and does not violate the law or public policy." *Sierra Club, Inc. v. Elec. Controls Design, Inc.*, 909 F.2d 1350, 1355 (9th Cir. 1990) (citing *Citizens for a Better Environment v. Gorsuch*, 718 F.2d 1117, 1125–26 (D.C. Cir. 1983)); *see SEC v. Randolph*, 736 F.2d 525, 529 (9th Cir. 1984).  In approving a settlement, a court "need not inquire into the precise legal rights of the parties nor reach and resolve the merits of the claims or controversy."  *Gorsuch*, 718 F.2d at 1126 (quoting *Metro. Hous. Dev. Corp. v. Vill. Of Arlington Heights*, 616 F.2d 1006, 1014 (7th Cir. 1980)).  Rather, "[a]s long as the consent decree comes within the general scope of the case made by the pleadings, furthers the objectives upon which the law is based, and does not violate the statute upon which the complaint was based, the parties' agreement may be entered by the court." *Sierra Club*, 909 F.2d at 1355 (quoting *Loc. No. 93, Int'l Ass'n of Firefighters, AFL-CIO C.L.C. v. City of Cleveland*, 478 U.S. 501, 525–26 (1986) (quoting *Pacific R. Co. v. Ketchum,* 101 U.S. 289, 297 (1880))) (alterations and internal quotation marks omitted).

The Stipulated Order is fair, reasonable, and equitable.  It addresses the concerns giving rise to the Complaint by modifying the administrative order to require Twitter to undertake multiple measures

1. that will improve its protection of consumer data.  These measures include prohibiting
2. misrepresentations about the extent to which the company protects the privacy of its users' nonpublic
3. contact information, including any misrepresentations about its use of such information, and requiring
4. Twitter to implement a comprehensive privacy and information security program with extensive
5. procedures to safeguard user information and assess internal and external data privacy risks.  To afford
6. consumers these protections as soon as possible, the parties respectfully jointly request that the Court
7. promptly effectuate this resolution and enter the proposed Stipulated Order.

| | |
|---|---|
| Dated: May 25, 2022 | Respectfully submitted, |
| | **FOR PLAINTIFF**<br>**THE UNITED STATES OF AMERICA:** |
| *Of Counsel:* | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division |
| JAMES A. KOHM<br>Associate Director<br>Division of Enforcement | ARUN G. RAO<br>Deputy Assistant Attorney General |
| LAURA KOSS<br>Assistant Director<br>Division of Enforcement | GUSTAV W. EYLER<br>Director<br>Consumer Protection Branch |
| REENAH L. KIM<br>Attorney<br>Division of Enforcement | LISA K. HSIAO<br>Assistant Director |
| ANDREA V. ARIAS<br>Attorney<br>Division of Privacy and Identity Protection |  /s/ Zachary L. Cowan <br>ZACHARY L. COWAN<br>DEBORAH S. SOHN<br>Trial Attorneys |
| Federal Trade Commission<br>600 Pennsylvania Avenue, N.W.,<br>Mail Stop CC-9528<br>Washington, D.C. 20580<br>Tel: (202) 326-2272 (Kim)<br>Tel: (202) 326-2715 (Arias)<br>rkim1@ftcgov<br>aarias@ftc.gov | Consumer Protection Branch<br>U.S. Department of Justice<br>450 5th Street, N.W. Suite 6400-S<br>Washington, D.C. 20530<br>Tel: (202) 598-7566<br>Fax: (202) 514-8742<br>Zachary.L.Cowan@usdoj.gov<br>Deborah.S.Sohn@usdoj.gov |
| | STEPHANIE M. HINDS<br>United States Attorney |
| | MICHELLE LO<br>Chief<br>Civil Division |
| | SHARANYA MOHAN<br>EMMET P. ONG<br>Assistant United States Attorneys<br>Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, California 94102<br>Tel: (415) 436-7198<br>sharanya.mohan@usdoj.gov<br>emmet.ong@usdoj.gov |

JOINT MOTION FOR ENTRY OF STIPULATED ORDER
No. 3:22-cv-3070

**FOR DEFENDANT TWITTER, INC.:**

LYDIA B. PARNES
Wilson Sonsoni Goodrich & Rosati
1700 K Street N.W., Fifth Floor
Washington, D.C. 20006
Tel: (202) 973-8800
lparnes@wsgr.com

  */s/ Anthony J Weibell*
ANTHONY J WEIBELL (CABN 238850)
Wilson Sonsoni Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel: (650) 493-9300
aweibell@wsgr.com

*Counsel for Twitter, Inc.*

JOINT MOTION FOR ENTRY OF STIPULATED ORDER
No. 3:22-cv-3070

5

**FILER ATTESTATION**

I, Zachary L. Cowan, attest under Local Rule 5-1(h)(3) that all other signatories listed and on whose behalf the filing is submitted have concurred in the filing of this document.

      /s/ Zachary L. Cowan
ZACHARY L. COWAN
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
450 5th Street, N.W. Suite 6400-S
Washington, D.C. 20530
Tel: (202) 598-7566
Fax: (202) 514-8742
Zachary.L.Cowan@usdoj.gov

JOINT MOTION FOR ENTRY OF STIPULATED ORDER
No. 3:22-cv-3070