1  BRIAN M. BOYNTON, Principal Deputy Assistant Attorney General
   ARUN G. RAO, Deputy Assistant Attorney General
2  GUSTAV W. EYLER, Director
   LISA K. HSIAO, Assistant Director
3  ZACHARY L. COWAN, Trial Attorney (NCBN 53432)
4  DEBORAH S. SOHN, Trial Attorney (NYBN 5118096, DCBN 1025098)

5       U.S. Department of Justice
        Civil Division
6       Consumer Protection Branch
        450 5th Street NW, Suite 6400-S
7       Washington, DC 20530
8       Telephone: (202) 451-7468
        Zachary.L.Cowan@usdoj.gov
9       Deborah.S.Sohn@usdoj.gov

10 STEPHANIE M. HINDS, United States Attorney (CABN 154284)
   MICHELLE LO, Chief, Civil Division (NYBN 4325163)
11 SHARANYA MOHAN, Assistant United States Attorney (NYBN 5027768)
12 EMMET P. ONG, Assistant United States Attorney (NYBN 4581369)

13      Northern District of California
        450 Golden Gate Avenue
14      San Francisco, California 94102
15      Telephone: (415) 436-7198
        sharanya.mohan@usdoj.gov
16      emmet.ong@usdoj.gov

17 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
18

19                     UNITED STATES DISTRICT COURT
20                    NORTHERN DISTRICT OF CALIFORNIA
21

22 | UNITED STATES OF AMERICA,              ) Civil Action No. 3:22-cv-03070-TSH
                                            )
23 |        Plaintiff,                      )
                                            )
24 |    v.                                  )
                                            ) **NOTICE OF APPEARANCE**
25 | TWITTER, INC,                          )
                                            )
26 |        Defendant.                      )
                                            )
27 |_____)

28

NOTICE OF APPEARANCE
NO. 3:22-CV-03070-TSH

PLEASE TAKE NOTICE THAT Emmet P. Ong, Assistant United States Attorney, is appearing as counsel of record for Plaintiff United States of America.  Accordingly, please have future ECF notices sent to AUSA Ong at emmet.ong@usdoj.gov, as a person to be noticed.  Service of all papers by U.S. mail, express or hand deliveries to AUSA Ong should be addressed to him as follows:

United States Attorney's Office

Northern District of California

1301 Clay Street, Suite 340S

Oakland, California 94612-5217

AUSA Ong's e-mail, telephone, and facsimile information are as follows:

E-mail: emmet.ong@usdoj.gov

Telephone:  (510) 637-3929

Facsimile:  (510) 637-3724

DATED:  May 26, 2022                              Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

 /s/ *Emmet P. Ong*
EMMET P. ONG
Assistant United States Attorney

*Attorneys for Plaintiff United States of America*