QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice* application pending)
Daniel R. Koffmann (California Bar No. 344379)
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
alexspiro@quinnemanuel.com
danielkoffmann@quinnemanuel.com

Christopher G. Michel (*pro hac vice* application pending)
Casey J. Adams (*pro hac vice* application pending)
Rachel G. Frank (California Bar No. 330040)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
christophermichel@quinnemanuel.com
caseyadams@quinnemanuel.com
rachelfrank@quinnemanuel.com

*Attorneys for X Corp.,*
*successor in interest to Defendant Twitter, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America, | Case No. 3:22-cv-03070-TSH |
| Plaintiff, | **DEFENDANT'S NOTICE OF APPEARANCE OF COUNSEL** |
| vs. | |
| Twitter, Inc., | The Hon. Thomas S. Hixson |
| Defendant. | |

Case No. 3:22-cv-03070-TSH
SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION PURSUANT TO LOCAL RULE 3-15

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Alex Spiro of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears as counsel of record for Defendant X Corp., successor in interest to Twitter, Inc. Copies of all pleadings, papers, correspondence, and notices in this action should be directed to counsel at the following address:

> Alex Spiro
> 51 Madison Ave, 22nd Floor
> New York, NY 10010
> Telephone: (212) 849-7000
> Facsimile: (212) 849-7100
> alexspiro@quinnemanuel.com

| | |
|---|---|
| DATED: July 13, 2023 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By      /s/ Alex Spiro<br>              Alex Spiro |
| | Alex Spiro (*pro hac vice* application pending)<br>Daniel R. Koffmann (California Bar No. 344379)<br>51 Madison Ave, 22nd Floor<br>New York, NY 10010<br>Telephone:  (212) 849-7000<br>Facsimile:  (212) 849-7100<br>alexspiro@quinnemanuel.com<br>danielkoffmann@quinnemanuel.com |
| | Christopher G. Michel (*pro hac vice* application pending)<br>Casey J. Adams (*pro hac vice* application pending)<br>Rachel G. Frank (California Bar No. 330040)<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 538 8000<br>Facsimile: (202) 538 8100<br>christophermichel@quinnemanuel.com<br>caseyadams@quinnemanuel.com<br>rachelfrank@quinnemanuel.com |
| | *Attorneys for X Corp., successor in interest to named defendant Twitter, Inc.* |