**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| United States of America, | Case No. 22-3070 |
| Plaintiff, | **[PROPOSED] ORDER GRANTING X CORP.'S MOTION FOR PROTECTIVE ORDER & RELIEF FROM CONSENT ORDER** |
| vs. | |
| Twitter, Inc., | |
| Defendant. | The Hon. Thomas S. Hixson |

1  **[PROPOSED] ORDER GRANTING X CORP.'S MOTION FOR PROTECTIVE ORDER**
   **& RELIEF FROM CONSENT ORDER**
2
3   Pending before the Court is X Corp., successor in interest to Defendant Twitter, Inc. ("X Corp.")'s Motion for Protective Order & Relief From Consent Order. Upon due consideration of the briefs and arguments of counsel, the applicable law, and the entire record herein, and all parties having been given notice and an opportunity to be heard, the Court concludes that the Motion should be granted.

Accordingly, it is hereby **ORDERED** that X Corp.'s Motion is **GRANTED** and the Stipulated Order for Civil Penalty, Monetary Judgement, and Injunctive Relief entered by this Court on May 26, 2022 is hereby **TERMINATED**. It is further **ORDERED** that the pending deposition of Elon Musk in this matter be indefinitely stayed pursuant to Federal Rule of Civil Procedure 26(c).

Dated: _____

HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE