# EXHIBIT 8



United States of America
FEDERAL TRADE COMMISSION
BUREAU OF CONSUMER PROTECTION
600 PENNSYLVANIA AVENUE NW, CC-9528
WASHINGTON, DC 20580

Reenah L. Kim
Division of Enforcement
(202) 326-2272
rkim1@ftc.gov

November 10, 2022

**VIA ELECTRONIC MAIL**

Robert A. Zink, Esq. (robertzink@quinnemanuel.com)
Daniel Koffmann, Esq. (danielkoffmann@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan, LLP
1300  I Street NW, Suite 900
Washington, DC 20005

Re:     *In the Matter of Twitter, Inc.*, Docket No. C-4316

Dear Counsel:

According to recent press reports, Twitter laid off thousands of employees on or about November 4, 2022, approximating half of its workforce. Within days, it subsequently sought to rehire some of the terminated employees who are essential to ensure the Company's continued operations, including engineering resources needed to launch new products and features.[1]

We are concerned these staff reductions impair Twitter's ability to protect consumers' information and comply with the Federal Trade Commission's May 26, 2022, Order in the above-referenced matter ("Order"). Accordingly, pursuant to Part XIII of the Order, we ask that Twitter submit by **November 25, 2022**, a true and accurate written report, sworn under penalty of perjury, that contains responses to the following requests:

---

[1] *See, e.g.,* Barr, K. (2022, Nov. 7), *Musk's Twitter Looks to Rehire Some of the Staff it Booted Last Week*, Gizmodo, https://gizmodo.com/musk-twitter-layoffs-1849751286; Tabahriti, S. (2022, Nov. 6), *Some laid off Twitter employees say they're being asked to come back to Twitter after mass layoffs*, Insider, https://www.businessinsider.com/some-tweeps-already-being-asked-to-come-back-to-twitter-2022-11.

November 10, 2022
Page 2

1.    State how many employees and contractors Twitter has terminated since October 27, 2022, both as an absolute number and as a percentage of total workforce. As part of Your[2] response:

      a.    Identify the departments, divisions, and/or teams in which the terminated personnel worked (e.g., Corporate Security, Application Security, Detection and Response Team (DART), Data Management, Enterprise Security, IT, Internal Audit, Privacy & Data Protection, Platform Security, Security Risk Management, Security Governance – Risk and Compliance, Security Architecture and Engineering);

      b.    State how many personnel were terminated from each department, division, and/or team, both as an absolute number and as a percentage of the total headcount in that particular department, division, and/or team; and

      c.    Describe the job functions that the terminated personnel performed.[3]

2.    State whether, in connection with the recent terminations, You performed any reorganization or restructuring of any teams with job duties or responsibilities relating to privacy or information security and, if so, explain how this was done.

3.    State whether You can properly protect consumers' information and comply with the Order – including Your obligation to establish, implement, and maintain a comprehensive privacy and information security program that protects the privacy, security, confidentiality, and integrity of Covered Information – despite the recent workforce reduction, and explain the basis for Your response.

             *      *      *      *      *

       Please have a responsible corporate officer or manager of Twitter certify under penalty of perjury that the written report(s) submitted in response to this letter is complete and accurate, and that the report and accompanying document production(s) represent all information responsive to the FTC's requests.

       All information provided in response to these requests must be submitted in an electronic format agreed upon by a Commission representative in writing prior to the submission. So that the FTC has the capability of reading and using the data, please ensure that the submission of Electronically Stored Information ("ESI") complies with the attached Production Instructions, and contact us in advance to arrange for the electronic submission of materials via SFTP. Please

---

[2] For purposes of these requests, "You" and "Your" shall mean Twitter, Inc., its successors and assigns, and any business it controls directly or indirectly, and all directors, officers, members, employees, agents, consultants, and other persons working for or on behalf of the foregoing.

[3] For purposes of this request, You may indicate whether any personnel subsequently agreed to return to work for the Company at Twitter's request following their termination.

November 10, 2022
Page 3

send an electronic copy of your responses to the Commission at DEBrief@ftc.gov, with copies to rkim1@ftc.gov.

      Finally, Twitter should suspend any routine procedures for document destruction and take other measures to preserve all records relating to the matters addressed in this letter, including electronically stored records that are stored on backup media and all physical records stored offsite, in a form that includes the complete record.

Sincerely,

Reenah L. Kim

Encl.

cc:    Lisa K. Hsiao, USDOJ
       Zachary L. Cowan, USDOJ
       Deborah S. Sohn, USDOJ