# EXHIBIT 11

UNITED STATES OF AMERICA
NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) ) ) ) ) | Case No. 3:22-cv-3070 TSH |
| v. |  |  |
| **TWITTER, INC.** |  |  |

### CORRECTED NOTICE OF DEPOSITION

Pursuant to Part XIII.A. of the Commission's May 26, 2022, Decision and Order in *In the Matter of Twitter, Inc.*, Docket No. C-4316, PLEASE TAKE NOTICE that the Commission will conduct the deposition upon oral examination of Elon Musk pursuant to Federal Rule of Civil Procedure 30. The deposition will take place on Friday, February 3, 2023, commencing at 9:30 a.m., at the offices of the Federal Trade Commission, 90 7th Street, Suite 14-300, San Francisco California 94103.

The deposition will be taken before a notary public or other officer authorized to administer oaths, and shall be recorded by stenographic means.

Dated December 7, 2022

/s/ Reenah L. Kim
REENAH L. KIM
Attorney
Federal Trade Commission
Bureau of Consumer Protection
Division of Enforcement
600 Pennsylvania Avenue, NW, CC-9528
Washington, DC 20580
Tel: 202-326-2272
rkim1@ftc.gov