# EXHIBIT 13



UNITED STATES OF AMERICA
Federal Trade Commission
WASHINGTON, D.C. 20580

Office of the Chair

January 27, 2023

Christian Dowell
Head of Product, Legal
Twitter, Inc.
1355 Market Street, Suite 900
San Francisco, CA 94103

Dear Mr. Dowell:

    Staff informed me that Elon Musk recently requested to meet with me in connection with the Federal Trade Commission's ongoing investigation into Twitter.

    As you know, the agency is investigating whether Twitter has violated the 2022 FTC Order and Section 5 of the FTC Act. It is critical that Twitter promptly produce the information needed by the FTC to conduct this inquiry.

    I understand, however, that Twitter thus far has failed to fully comply with the FTC's requests. Twitter has also failed to provide firm dates by which it will commit to completing its production of responsive documents, and Twitter has failed to provide specific time frames for when it will supplement and update its written responses to previously issued requests. Due to Twitter's delays, FTC staff have determined that certain depositions of the Company and Mr. Musk that were previously noticed for the end of January and early February will have to be rescheduled.

    I am troubled by Twitter's delays and the obstacles that these delays are creating for the FTC's investigation. Continued failure by Twitter to produce prompt and fulsome responses will lead us to consider pursuing alternative enforcement action to ensure compliance with our information requests.

    I recommend that Twitter appropriately prioritize its legal obligations to provide the requested information. Once Twitter has fully complied with all FTC requests, I will be happy to consider scheduling a meeting with Mr. Musk.

    Please do not hesitate to contact staff with any further questions.

Sincerely,

*Lina Khan*

Lina M. Khan
Chair, Federal Trade Commission