1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| United States of America, | Case No. 3:22-cv-03070-TSH |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING X CORP.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF X CORP.'S MOTION FOR PROTECTIVE ORDER & RELIEF FROM CONSENT ORDER** |
| vs. | |
| Twitter, Inc., | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL**

X Corp,. successor in interest to Defendant Twitter, Inc., LLC has filed an Administrative Motion To File Under Seal Documents in Support Of X Corp.'s Motion For Protective Order & Relief From Consent Order.  Having considered X Corp.'s motion, and compelling reasons having been shown, X Corp.'s Administrative Motion to Seal is hereby **GRANTED** and it is **ORDERED** that documents filed in this matter are sealed as follows:

| Document | Portion to be Sealed | Disposition |
| --- | --- | --- |
| Exhibit 2 | Entire Document | |
| Exhibit 15 | Entire Document | |
| Exhibit 16 | Entire Document | |
| Exhibit 17 | Entire Document | |

**IT IS SO ORDERED.**

DATED:

_____

Thomas S. Hixson
United States Magistrate Judge