1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Alex Spiro (*pro hac vice* application pending)
2  Daniel R. Koffmann (California Bar No. 344379)
3  51 Madison Ave, 22nd Floor
   New York, NY 10010
4  Telephone:  (212) 849-7000
   Facsimile:  (212) 849-7100
5  alexspiro@quinnemanuel.com
   danielkoffmann@quinnemanuel.com
6
7  Christopher G. Michel (*pro hac vice* application pending)
   Casey J. Adams (*pro hac vice* application pending)
8  Rachel G. Frank (California Bar No. 330040)
   1300 I Street NW, Suite 900
9  Washington, D.C. 20005
10 Telephone: (202) 538-8000
   Facsimile: (202) 538-8100
11 christophermichel@quinnemanuel.com
   caseyadams@quinnemanuel.com
12 rachelfrank@quinnemanuel.com

13
14 *Attorneys for X Corp.,*
   *successor in interest to Defendant Twitter, Inc.*
15

16              UNITED STATES DISTRICT COURT

17       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

18

19 | United States of America, | Case No. 3:22-cv-03070-TSH |
20 | Plaintiff, | **DEFENDANT'S NOTICE OF APPEARANCE OF COUNSEL** |
21 | vs. | |
22 | Twitter, Inc., | The Hon. Thomas S. Hixson |
23 | Defendant. | |

Case No. 3:22-cv-03070-TSH
SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION PURSUANT TO LOCAL RULE 3-15

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Christopher G. Michel of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears as counsel of record for Defendant X Corp., successor in interest to Twitter, Inc. Copies of all pleadings, papers, correspondence, and notices in this action should be directed to counsel at the following address:

> Christopher G. Michel
> 1300 I Street NW, Suite 900
> Washington, D.C. 20005
> Telephone: (202) 538 8000
> Facsimile: (202) 538 8100
> christophermichel@quinnemanuel.com

DATED: July 13, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Christopher G. Michel*
Christopher G. Michel

Alex Spiro (*pro hac vice* application pending)
Daniel R. Koffmann (California Bar No. 344379)
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
alexspiro@quinnemanuel.com
danielkoffmann@quinnemanuel.com

Christopher G. Michel (*pro hac vice* application pending)
Casey J. Adams (*pro hac vice* application pending)
Rachel G. Frank (California Bar No. 330040)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538 8000
Facsimile: (202) 538 8100
christophermichel@quinnemanuel.com
caseyadams@quinnemanuel.com
rachelfrank@quinnemanuel.com

*Attorneys for X Corp., successor in interest to named defendant Twitter, Inc.*