QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice* application pending)
Daniel R. Koffmann (California Bar No. 344379)
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
alexspiro@quinnemanuel.com
danielkoffmann@quinnemanuel.com

Christopher G. Michel (*pro hac vice* application pending)
Casey J. Adams (*pro hac vice* application pending)
Rachel G. Frank (California Bar No. 330040)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
christophermichel@quinnemanuel.com
caseyadams@quinnemanuel.com
rachelfrank@quinnemanuel.com

*Attorneys for X Corp.,*
*successor in interest to Defendant Twitter, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America, | Case No. 3:22-cv-03070-TSH |
| Plaintiff, | **DEFENDANT'S NOTICE OF APPEARANCE OF COUNSEL** |
| vs. | |
| Twitter, Inc., | The Hon. Thomas S. Hixson |
| Defendant. | |

SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION PURSUANT TO LOCAL RULE 3-15

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Casey J. Adams of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears as counsel of record for Defendant X Corp., successor in interest to Twitter, Inc. Copies of all pleadings, papers, correspondence, and notices in this action should be directed to counsel at the following address:

Casey J. Adams
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538 8000
Facsimile: (202) 538 8100
caseyadams@quinnemanuel.com

1    DATED:  July 13, 2023                    QUINN EMANUEL URQUHART & SULLIVAN,
                                              LLP
2

3
                                              By _____/s/ Casey J. Adams_____
4                                                     Casey J. Adams

5                                             Alex Spiro (*pro hac vice* application pending)
                                              Daniel R. Koffmann (California Bar No. 344379)
6                                             51 Madison Ave, 22nd Floor
                                              New York, NY 10010
7                                             Telephone:  (212) 849-7000
                                              Facsimile:  (212) 849-7100
8                                             alexspiro@quinnemanuel.com
                                              danielkoffmann@quinnemanuel.com
9

10                                            Christopher G. Michel (*pro hac vice* application
                                              pending)
11                                            Casey J. Adams (*pro hac vice* application pending)
                                              Rachel G. Frank (California Bar No. 330040)
12                                            1300 I Street NW, Suite 900
                                              Washington, D.C. 20005
13                                            Telephone: (202) 538 8000
                                              Facsimile: (202) 538 8100
14                                            christophermichel@quinnemanuel.com
                                              caseyadams@quinnemanuel.com
15                                            rachelfrank@quinnemanuel.com

16

17

18                                            *Attorneys for X Corp., successor in interest to
                                              named defendant Twitter, Inc.*
19

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION PURSUANT
TO LOCAL RULE 3-15