FILED

Jul 14 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States of America        ,

Plaintiff(s),

v.

Twitter, Inc.        ,

Defendant(s).

Case No. 3:22-cv-03070-TSH

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Christopher G. Michel , an active member in good standing of the bar of The District of Columbia , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: X Corp., successor in interest to Defendant Twitter, Inc. in the above-entitled action. My local co-counsel in this case is Daniel R. Koffmann , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 344379 .

| | |
|---|---|
| 1300 I St NW Suite 900, Washington,  DC  20005 | 865 S. Figueroa St, 10th Fl, Los Angeles, CA 90017 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 202-538-8308 | 213-443-3000 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| christophermichel@quinnemanuel.com | danielkoffmann@quinnemanuel.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1034557 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: 7-13-2023                                      Christopher G. Michel

                                                          APPLICANT

5

6

7

8                            ORDER GRANTING APPLICATION

9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11        IT IS HEREBY ORDERED THAT the application of  Christopher G. Michel      is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated:      July 14, 2023

16

17   _____

18   UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
     Honorable Thomas S. Hixson

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

Updated 11/2021                                    2



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Christopher George Michel*

*was duly qualified and admitted on September 9, 2016 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

***In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on March 16, 2023.***

***JULIO A. CASTILLO***
***Clerk of the Court***

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*