QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (admitted *pro hac vice*)
Daniel R. Koffmann (California Bar No. 344379)
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com
danielkoffmann@quinnemanuel.com

Christopher G. Michel (admitted *pro hac vice*)
Casey J. Adams (admitted *pro hac vice*)
Rachel G. Frank (California Bar No. 330040)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
christophermichel@quinnemanuel.com
caseyadams@quinnemanuel.com
rachelfrank@quinnemanuel.com

*Attorneys for X Corp.,
successor in interest to Defendant Twitter, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| United States of America, | Case No. 3:22-cv-03070-TSH |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR X CORP., SUCCESSOR IN INTEREST TO DEFENDANT TWITTER, INC.; [PROPOSED] ORDER** |
| vs. | |
| Twitter, Inc., | |
| Defendant. | The Hon. Thomas S. Hixson |

PLEASE TAKE NOTICE that X Corp., successor in interest to Defendant Twitter, Inc., has retained Quinn Emanuel Urquhart & Sullivan, LLP to substitute as counsel for Wilson Sonsini Goodrich & Rosati ("Wilson Sonsini") in the above-captioned matter. Wilson Sonsini has provided written notice of this withdrawal and substitution to Plaintiff United States of America.

Withdrawing counsel for Twitter, Inc., predecessor to X Corp. is:

Anthony J. Weibell
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
Phone: (650)354-4134
Email: aweibell@wsgr.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for X Corp.:

Alex Spiro
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Phone: (212) 849-7000
Fax: (212) 849-7100
Email: alexspiro@quinnamenuel.com

Daniel R. Koffmann
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Phone: (212) 849-7000
Fax: (212) 849-7100
Email: danielkoffman@quinnemanuel.com

Christopher G. Michel
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
christophermichel@quinnemanuel.com

| | |
|---|---|
| 1 | Casey J. Adams |
| 2 | Quinn Emanuel Urquhart & Sullivan, LLP |
|   | 1300 I Street NW, Suite 900 |
| 3 | Washington, D.C. 20005 |
|   | Telephone: (202) 538-8000 |
| 4 | Facsimile: (202) 538-8100 |
|   | caseyadams@quinnemanuel.com |
| 5 | |
|   | Rachel G. Frank |
| 6 | Quinn Emanuel Urquhart & Sullivan, LLP |
|   | 1300 I Street NW, Suite 900 |
| 7 | Washington, D.C. 20005 |
|   | Telephone: (202) 538-8000 |
| 8 | Facsimile: (202) 538-8100 |
| 9 | rachelfrank@quinnemanuel.com |

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED: July 17, 2023            X CORP., successor in interest to Defendant TWITTER, INC.

By /s/ Renato Leite Monteiro
Renato Leite Monteiro

DATED: July 18, 2023            WILSON SONSINI GOODRICH & ROSATI

By */s/ Anthony J. Weibell*
Anthony J. Weibell

DATED: July 18, 2023            QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Alex Spiro*
Alex Spiro

**ECF ATTESTATION**

I, Alex Spiro, am the ECF User whose ID and password are being used to file this Notice of Withdrawal and Substitution of Counsel. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that Anthony J. Weibell and Renato Leite Monteiro have concurred in this filing.

DATED: July 18, 2023

*/s/ Alex Spiro*
Alex Spiro

\*\*\*\*

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED:

By _____
HON. THOMAS S. HIXSON