1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Alex Spiro (admitted *pro hac vice*)
2  Daniel R. Koffmann (California Bar No. 344379)
3  51 Madison Ave, 22nd Floor
   New York, NY 10010
4  Telephone: (212) 849-7000
   Facsimile: (212) 849-7100
5  alexspiro@quinnemanuel.com
   danielkoffmann@quinnemanuel.com
6

7  Christopher G. Michel (admitted *pro hac vice*)
   Casey J. Adams (admitted *pro hac vice*)
8  Rachel G. Frank (California Bar No. 330040)
   1300 I Street NW, Suite 900
9  Washington, D.C. 20005
   Telephone: (202) 538-8000
10 Facsimile: (202) 538-8100
11 christophermichel@quinnemanuel.com
   caseyadams@quinnemanuel.com
12 rachelfrank@quinnemanuel.com

13

14 *Attorneys for X Corp.,*
   *successor in interest to Defendant Twitter, Inc.*
15

**FILED**

Jul 18 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

16                UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

18

| | |
|---|---|
| 19  United States of America,<br><br>20          Plaintiff,<br><br>21     vs.<br><br>22  Twitter, Inc.,<br><br>23          Defendant. | Case No. 3:22-cv-03070-TSH<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR X CORP., SUCCESSOR IN INTEREST TO DEFENDANT TWITTER, INC.; [PROPOSED] ORDER**<br><br>The Hon. Thomas S. Hixson |

PLEASE TAKE NOTICE that X Corp., successor in interest to Defendant Twitter, Inc., has retained Quinn Emanuel Urquhart & Sullivan, LLP to substitute as counsel for Wilson Sonsini Goodrich & Rosati ("Wilson Sonsini") in the above-captioned matter. Wilson Sonsini has provided written notice of this withdrawal and substitution to Plaintiff United States of America.

Withdrawing counsel for Twitter, Inc., predecessor to X Corp. is:

Anthony J. Weibell
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
Phone: (650)354-4134
Email: aweibell@wsgr.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for X Corp.:

Alex Spiro
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Phone: (212) 849-7000
Fax: (212) 849-7100
Email: alexspiro@quinnamenuel.com

Daniel R. Koffmann
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Phone: (212) 849-7000
Fax: (212) 849-7100
Email: danielkoffman@quinnemanuel.com

Christopher G. Michel
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
christophermichel@quinnemanuel.com

| | |
|---|---|
| 1 | Casey J. Adams |
| 2 | Quinn Emanuel Urquhart & Sullivan, LLP |
|   | 1300 I Street NW, Suite 900 |
| 3 | Washington, D.C. 20005 |
|   | Telephone: (202) 538-8000 |
| 4 | Facsimile: (202) 538-8100 |
|   | caseyadams@quinnemanuel.com |
| 5 | |
|   | Rachel G. Frank |
| 6 | Quinn Emanuel Urquhart & Sullivan, LLP |
| 7 | 1300 I Street NW, Suite 900 |
|   | Washington, D.C. 20005 |
| 8 | Telephone: (202) 538-8000 |
|   | Facsimile: (202) 538-8100 |
| 9 | rachelfrank@quinnemanuel.com |

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED: July 17, 2023         X CORP., successor in interest to Defendant
                              TWITTER, INC.

                              By _/s/ Renato Leite Monteiro_ (signature)
                                 Renato Leite Monteiro

DATED: July 18, 2023         WILSON SONSINI GOODRICH & ROSATI

                              By _/s/ Anthony J. Weibell_
                                 Anthony J. Weibell

DATED: July 18, 2023         QUINN EMANUEL URQUHART &
                              SULLIVAN, LLP

                              By _/s/ Alex Spiro_
                                 Alex Spiro

**ECF ATTESTATION**

I, Alex Spiro, am the ECF User whose ID and password are being used to file this Notice of Withdrawal and Substitution of Counsel. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that Anthony J. Weibell and Renato Leite Monteiro have concurred in this filing.

DATED: July 18, 2023

/s/ Alex Spiro
Alex Spiro

\*\*\*\*

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: July 18, 2023

By _____
HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE