BRIAN M. BOYNTON, Principal Deputy Assistant Attorney General
ARUN G. RAO, Deputy Assistant Attorney General
AMANDA N. LISKAMM, Director
LISA K. HSIAO, Assistant Director
ZACHARY L. COWAN, Trial Attorney (NCBN 53432)

      U.S. Department of Justice
      Civil Division
      Consumer Protection Branch
      450 5th Street NW, Suite 6400-S
      Washington, DC 20530
      Telephone: (202) 353-7728
      Zachary.L.Cowan@usdoj.gov

ISMAIL J. RAMSEY, United States Attorney (CABN 154284)
MICHELLE LO, Chief, Civil Division (NYBN 4325163)
SHARANYA MOHAN, Assistant United States Attorney (NYBN 5027768)
EMMET P. ONG, Assistant United States Attorney (NYBN 4581369)

      Northern District of California
      450 Golden Gate Avenue
      San Francisco, California 94102
      Telephone: (415) 436-7198
      sharanya.mohan@usdoj.gov
      emmet.ong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
[*Additional Counsel Listed on Signature Page*]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>             Plaintiff, <br><br>        v. <br><br> TWITTER, INC., a corporation, <br><br>             Defendant. | **Case No. 3:22-cv-3070-TSH** <br><br> **STIPULATED REQUEST FOR ORDER EXTENDING BRIEFING DEADLINES ON X CORP.'S MOTION FOR PROTECTIVE ORDER & RELIEF FROM CONSENT ORDER** |

Pursuant to Local Rules 6-1 and 6-2, the parties stipulate and respectfully request that the Court enter the attached proposed order extending the briefing deadlines related to X. Corp.'s Motion for Protective Order & Relief from Consent Order, ECF No. 17.

On May 25, 2022, Plaintiff the United States of America filed the Complaint in this action, which alleged that Defendant Twitter, Inc. had violated a 2011 Federal Trade Commission ("FTC") administrative order and the FTC Act by misrepresenting the extent to which Twitter maintained and protected the privacy of nonpublic consumer information. ECF No. 1. On May 26, 2022, this Court entered a Stipulated Order for Civil Penalty, Monetary Judgment, and Injunctive Relief ("Stipulated Order") to resolve the claims for civil penalties and injunctive relief set forth in the Complaint. ECF No. 11.

On July 13, 2023, X Corp., successor in interest to Defendant Twitter, Inc. ("X Corp."), filed a motion to terminate, modify, or stay enforcement of the Stipulated Order, and for a protective order staying the Notice of Deposition of Elon Musk issued by the FTC. *See* ECF No. 17 ("X Corp's Motion"). The United States Department of Justice did not have an opportunity to meet and confer with counsel for X. Corp. prior to the filing of the X. Corp.'s Motion. Under Local Rule 7-3, the United States' opposition to that motion is due by July 27, 2023, and X Corp.'s reply is due by August 3, 2023.

The parties have since conferred regarding these deadlines and agree that additional time would be appropriate to enable thorough briefing of the issues raised by X Corp.'s motion. *See* Decl. of Zachary L. Cowan, attached. Pursuant to that agreement, the parties stipulate and jointly request that: (1) the United States' deadline to file an opposition to X Corp.'s motion be extended to September 11, 2023 (60 days from X Corp.'s motion); (2) X Corp.'s deadline to file a reply be extended to October 11, 2023 (30 days from the opposition); and (3) the Court hear X Corp's Motion at a time that is convenient for the Court thereafter. Counsel for the FTC have agreed that the FTC will await the Court's decision on X Corp's motion before taking Mr. Musk's deposition or taking further administrative action under the Stipulated Order or the FTC administrative order.

The parties have not previously requested any time modifications in this case, and no case schedule in this matter will be affected by the time modifications requested here.

Dated: July 19, 2023

Respectfully submitted,

FOR DEFENDANTS:

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

_/s/ Daniel R. Koffman____
Alex Spiro (*pro hac vice*)
Daniel R. Koffmann (California Bar No.
344379)
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com
danielkoffmann@quinnemanuel.com

Christopher G. Michel (*pro hac vice*)
Casey J. Adams (*pro hac vice*)
Rachel G. Frank (California Bar No. 330040)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
christophermichel@quinnemanuel.com
caseyadams@quinnemanuel.com
rachelfrank@quinnemanuel.com

*Attorneys for X Corp., successor in interest
to Defendant Twitter, Inc.*

FOR THE UNITED STATES OF AMERICA:

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ARUN G. RAO
Deputy Assistant Attorney General

GUSTAV W. EYLER
Director
Consumer Protection Branch

LISA K. HSIAO
Assistant Director

_/s/ Zachary L. Cowan____
ZACHARY L. COWAN
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
450 5th Street, N.W. Suite 6400-S
Washington, D.C. 20530
Tel: (202) 353-7728
Fax: (202) 514-8742
Zachary.L.Cowan@usdoj.gov

ISMAIL J. RAMSEY
United States Attorney

MICHELLE LO
Chief
Civil Division

SHARANYA MOHAN
EMMET P. ONG
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
Tel: (415) 436-7198
sharanya.mohan@usdoj.gov
emmet.ong@usdoj.gov

*Of Counsel:*

JAMES A. KOHM
Associate Director
Division of Enforcement

LAURA KOSS
Assistant Director
Division of Enforcement

REENAH L. KIM
Attorney
Division of Enforcement

ANDREA V. ARIAS
Attorney
Division of Privacy and Identity Protection

Federal Trade Commission
600 Pennsylvania Avenue, N.W.,
Mail Stop CC-9528
Washington, D.C. 20580
Tel: (202) 326-2272 (Kim)
Tel: (202) 326-2715 (Arias)
rkim1@ftcgov
aarias@ftc.gov

## **FILER ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that the other listed signatory on whose behalf this filing is submitted concurs in the filing's content and has authorized the filing.

   /s/ Zachary L. Cowan____
Zachary L. Cowan