1  BRIAN M. BOYNTON, Principal Deputy Assistant Attorney General
2  ARUN G. RAO, Deputy Assistant Attorney General
   AMANDA N. LISKAMM, Director
3  LISA K. HSIAO, Assistant Director
   ZACHARY L. COWAN, Trial Attorney (NCBN 53432)
4
       U.S. Department of Justice
5      Civil Division
       Consumer Protection Branch
6      450 5th Street NW, Suite 6400-S
       Washington, DC 20530
7      Telephone: (202) 353-7728
       Zachary.L.Cowan@usdoj.gov
8
9  ISMAIL J. RAMSEY, United States Attorney (CABN 154284)
   MICHELLE LO, Chief, Civil Division (NYBN 4325163)
10 SHARANYA MOHAN, Assistant United States Attorney (NYBN 5027768)
   EMMET P. ONG, Assistant United States Attorney (NYBN 4581369)
11
12     Northern District of California
       450 Golden Gate Avenue
13     San Francisco, California 94102
       Telephone: (415) 436-7198
14     sharanya.mohan@usdoj.gov
       emmet.ong@usdoj.gov
15
16 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TWITTER, INC., a corporation,<br><br>　　　　　　Defendant. | **Case No. 3:22-cv-3070-TSH**<br><br>**DECLARATION OF ZACHARY L. COWAN IN SUPPORT OF THE STIPULATED REQUEST FOR ORDER EXTENDING BRIEFING DEADLINES ON X CORP.'S MOTION FOR PROTECTIVE ORDER & RELIEF FROM CONSENT ORDER** |

DECLARATION OF ZACHARY L. COWAN
Case No. 3:22-cv-3070-TSH

1

I, Zachary L. Cowan, declare as follows:

1. I am a Trial Attorney at the Consumer Protection Branch of the United States Department of Justice. I submit this declaration in support of the parties' Stipulated Request for Order Extending Briefing Deadlines on X Corp.'s Motion for Protective Order & Relief from Consent Order. The matters in this declaration are based on my personal knowledge and my review of the filings in this case.

2. On May 25, 2022, the United States of America filed the Complaint in this action, which alleged that Defendant Twitter, Inc. had violated a 2011 Federal Trade Commission ("FTC") administrative order and the FTC Act by misrepresenting the extent to which Twitter maintained and protected the privacy of nonpublic consumer information.

3. On May 26, 2022, the Court entered a Stipulated Order for Civil Penalty, Monetary Judgment, and Injunctive Relief ("Stipulated Order") to resolve the claims for civil penalties and injunctive relief set forth in the Complaint.

4. On July 13, 2023, X Corp., successor in interest to Defendant Twitter, Inc. ("X Corp."), filed a motion to terminate, modify, or stay enforcement of the Stipulated Order, and for a protective order staying the Notice of Deposition of Elon Musk issued by the FTC. The United States Department of Justice did not have an opportunity to meet and confer with counsel for X. Corp. prior to the filing of the X. Corp.'s Motion. Under Local Rule 7-3, the United States' opposition to that motion is due by July 27, 2023, and X Corp.'s reply is due by August 3, 2023.

5. The parties have since conferred regarding these deadlines and agree that additional time would be appropriate to enable thorough briefing of the issues raised by X Corp.'s motion.

6. Pursuant to that agreement, the parties stipulate and jointly request that: (1) the United States' deadline to file an opposition to X Corp.'s motion be extended to September 11, 2023 (60 days from X Corp.'s motion); (2) X Corp.'s deadline to file a reply be extended to October 11, 2023 (30 days from the United States' opposition); and (3) the Court hear X. Corp's Motion at a time that is convenient for the Court thereafter. Counsel for the FTC have further agreed that the FTC will await the Court's decision on X Corp's motion before taking Mr. Musk's deposition or taking further administrative action under the Stipulated Order or the FTC administrative order.

7. The parties have not previously requested any time modifications in this case.

8. No case schedule in this matter will be affected by the time modifications requested here.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Washington, D.C., on July 19, 2023.

                                         /s/ Zachary L. Cowan
                                         ZACHARY L. COWAN
                                         Trial Attorney