# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., a corporation,<br><br>Defendant. | Case No. 3:22-cv-3070-TSH<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER EXTENDING BRIEFING DEADLINES ON X CORP.'S MOTION FOR PROTECTIVE ORDER & RELIEF FROM CONSENT ORDER** |

Based upon the information and representations provided by the parties in the Stipulated Request for Order Extending Briefing Deadlines, and the Declaration in support thereof, it is hereby ordered that:

1. The deadline for Plaintiff to file an Opposition to concerning X. Corp.'s Motion for Protective Order & Relief from Consent Order, ECF No. 17, is extended from July 27, 2023 to September 11, 2023; and

2. The deadline for Defendant to file a Reply in support of the motion is extended from August 3, 2023 to October 11, 2023.

IT IS SO ORDERED.

DATED:_____

_____
THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE