UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
Jul 19 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TWITTER, INC., a corporation,

    Defendant.

Case No. 3:22-cv-3070-TSH

[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST FOR ORDER EXTENDING BRIEFING DEADLINES ON X CORP.'S MOTION FOR PROTECTIVE ORDER & RELIEF FROM CONSENT ORDER

Based upon the information and representations provided by the parties in the Stipulated Request for Order Extending Briefing Deadlines, and the Declaration in support thereof, it is hereby ordered that:

1. The deadline for Plaintiff to file an Opposition to concerning X. Corp.'s Motion for Protective Order & Relief from Consent Order, ECF No. 17, is extended from July 27, 2023 to September 11, 2023; and

2. The deadline for Defendant to file a Reply in support of the motion is extended from August 3, 2023 to October 11, 2023.

IT IS SO ORDERED.

DATED: July 19, 2023

_____
THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST FOR ORDER EXTENDING BRIEFING DEADLINES
Case No. 3:22-cv-3070-TSH

1