QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (admitted *pro hac vice*)
Daniel R. Koffmann (California Bar No. 344379)
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
alexspiro@quinnemanuel.com
danielkoffmann@quinnemanuel.com

Christopher G. Michel (admitted *pro hac vice*)
Casey J. Adams (admitted *pro hac vice*)
Rachel G. Frank (California Bar No. 330040)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
christophermichel@quinnemanuel.com
caseyadams@quinnemanuel.com
rachelfrank@quinnemanuel.com

*Attorneys for X Corp.,*
*successor in interest to Defendant Twitter, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| United States of America, | Case No. 3:22-cv-03070-TSH |
|---|---|
| Plaintiff, | **NOTICE OF INTENT TO SERVE SUBPOENA** |
| vs. | |
| Twitter, Inc., | |
| Defendant. | |

# NOTICE OF INTENT TO SERVE SUBPOENA

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, that X Corp., successor in interest to Defendant Twitter, Inc., intends to serve a subpoena in this matter, in the form attached hereto, on Senator Elizabeth Warren on July 20, 2023, or as soon thereafter as service may be effectuated.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

DATED: July 20, 2023

/s/ Alex Spiro
Alex Spiro (admitted *pro hac vice*)
Daniel R. Koffmann (California Bar No. 344379)
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com
danielkoffmann@quinnemanuel.com

Christopher G. Michel (admitted *pro hac vice*)
Casey J. Adams (admitted *pro hac vice*)
Rachel G. Frank (California Bar No. 330040)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
christophermichel@quinnemanuel.com
caseyadams@quinnemanuel.com
rachelfrank@quinnemanuel.com

*Attorneys for X Corp., successor in interest to Defendant Twitter, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to Civil Local Rule 5-5(a), I certify under penalty of perjury that on the below date, I served the document above and its attachments on counsel for the United States via electronic mail to the following addresses: Emmet P. Ong, emmet.ong@usdoj.gov; Deborah Sohn, deborah.s.sohn@usdoj.gov; Zachary Cowan, zachary.l.cowan@usdoj.gov.

DATED: July 20, 2023                                      By /s/ Alex Spiro
                                                                           Alex Spiro