QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (admitted *pro hac vice*)
Daniel R. Koffmann (California Bar No. 344379)
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
alexspiro@quinnemanuel.com
danielkoffmann@quinnemanuel.com

Christopher G. Michel (admitted *pro hac vice*)
Casey J. Adams (admitted *pro hac vice*)
Rachel G. Frank (California Bar No. 330040)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
christophermichel@quinnemanuel.com
caseyadams@quinnemanuel.com
rachelfrank@quinnemanuel.com

*Attorneys for X Corp.,*
*successor in interest to Defendant Twitter, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>        vs.<br><br>Twitter, Inc.,<br><br>                Defendant. | Case No. 3:22-cv-03070-TSH<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME**<br><br>The Hon. Thomas S. Hixson |

Pursuant to Local Rules 6-1 and 6-2, Plaintiff the United States of America and X Corp., successor in interest to Defendant Twitter, Inc., by and through their respective counsel, hereby stipulate and respectfully request that the Court enter an order continuing the hearing on X Corp.'s Motion for Protective Order & Relief form Consent Order (ECF No. 17) (the "Motion") to a date on which counsel for both parties will be available.

On July 19, 2023, the Court entered an order (ECF No. 33) granting the parties' stipulated request to extend the briefing schedule on the Motion as follows:

1. The deadline for Plaintiff to file an Opposition to concerning X. Corp.'s Motion for Protective Order & Relief from Consent Order, ECF No. 17, is extended from July 27, 2023 to September 11, 2023; and

2. The deadline for Defendant to file a Reply in support of the motion is extended from August 3, 2023 to October 11, 2023.

On July 19, 2023, the Court entered an order (ECF No. 34) setting a hearing on the Motion for November 2, 2023, at 11:00 AM.

The parties jointly request that the Court enter an order continuing its hearing on the Motion. Counsel for X Corp. has a preexisting professional obligation requiring it to be outside the country on November 2, 2023.  *See* Decl. of Daniel R. Koffmann, attached.

The parties have met and conferred and determined that counsel for both parties will be available for a hearing on the Motion at any time on the following dates: November 14, 15, 16, and 17, 2023.

The requested modification would not affect any other deadline in this case.

**IT IS SO STIPULATED.**

1  Dated: July 20, 2023                                  Respectfully submitted,

2  FOR DEFENDANTS:                                       FOR THE UNITED STATES OF AMERICA:

3  QUINN EMANUEL URQUHART &                              BRIAN M. BOYNTON
   SULLIVAN, LLP                                         Principal Deputy Assistant Attorney General
4                                                        Civil Division

    _/s/ Daniel R. Koffmann_____
5  Alex Spiro (admitted *pro hac vice*)                  ARUN G. RAO
   Daniel R. Koffmann (California Bar No.                Deputy Assistant Attorney General
6  344379)
   51 Madison Ave, 22nd Floor                            AMANDA N. LISKAMM
7  New York, NY 10010                                    Director
   Telephone: (212) 849-7000                             Consumer Protection Branch
8  Facsimile: (212) 849-7100
   alexspiro@quinnemanuel.com                            LISA K. HSIAO
9  danielkoffmann@quinnemanuel.com                       Assistant Director

10 Christopher G. Michel (admitted *pro hac vice*)        _/s/ Zachary L. Cowan_____
   Casey J. Adams (admitted *pro hac vice*)              ZACHARY L. COWAN
11 Rachel G. Frank (California Bar No. 330040)           Trial Attorney
   1300 I Street NW, Suite 900                           Consumer Protection Branch
12 Washington, D.C. 20005                                U.S. Department of Justice
   Telephone: (202) 538-8000                             450 5th Street, N.W. Suite 6400-S
13 Facsimile: (202) 538-8100                             Washington, D.C. 20530
   christophermichel@quinnemanuel.com                    Tel: (202) 353-7728
14 caseyadams@quinnemanuel.com                           Fax: (202) 514-8742
   rachelfrank@quinnemanuel.com                          Zachary.L.Cowan@usdoj.gov
15
   *Attorneys for X Corp., successor in interest to*
16 *Defendant Twitter, Inc.*
                                                         ISMAIL J. RAMSEY
17                                                       United States Attorney

18                                                       MICHELLE LO
                                                         Chief
19                                                       Civil Division

20                                                       SHARANYA MOHAN
                                                         EMMET P. ONG
21                                                       Assistant United States Attorney
                                                         Northern District of California
22                                                       450 Golden Gate Avenue
                                                         San Francisco, California 94102
23                                                       Tel: (415) 436-7198
                                                         sharanya.mohan@usdoj.gov
24                                                       emmet.ong@usdoj.gov

25

26                                                       Of Counsel:

27                                                       JAMES A. KOHM
                                                         Associate Director
28                                                       Division of Enforcement

1

2
                            LAURA KOSS
                            Assistant Director
3
                            Division of Enforcement

4
                            REENAH L. KIM
                            Attorney
5
                            Division of Enforcement
                            Federal Trade Commission
6
                            600 Pennsylvania Avenue, N.W.,
                            Mail Stop CC-9528
7
                            Washington, D.C. 20580
                            Tel: (202) 326-2272
8
                            rkim1@ftcgov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **ECF ATTESTATION**

2

      I, Alex Spiro, am the ECF User whose ID and password are being used to file this Notice of

3

Withdrawal and Substitution of Counsel.  In compliance with Civil Local Rule 5-1(h)(3), I hereby

4

attest that Daniel R. Koffmann and Zachary L. Cowan have concurred in this filing.

5

DATED:    July 21, 2023

6

                          */s/ Alex Spiro*
                          Alex Spiro

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28