1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Alex Spiro (admitted *pro hac vice*)
2  Daniel R. Koffmann (California Bar No. 344379)
   51 Madison Ave, 22nd Floor
3  New York, NY 10010
4  Telephone:  (212) 849-7000
   Facsimile:  (212) 849-7100
5  alexspiro@quinnemanuel.com
   danielkoffmann@quinnemanuel.com
6
7  Christopher G. Michel (admitted *pro hac vice*)
   Casey J. Adams (admitted *pro hac vice*)
8  Rachel G. Frank (California Bar No. 330040)
   1300 I Street NW, Suite 900
9  Washington, D.C. 20005
   Telephone: (202) 538-8000
10 Facsimile: (202) 538-8100
11 christophermichel@quinnemanuel.com
   caseyadams@quinnemanuel.com
12 rachelfrank@quinnemanuel.com

13
   *Attorneys for X Corp.,*
14 *successor in interest to Defendant Twitter, Inc.*

15

16
                    **UNITED STATES DISTRICT COURT**
17
         **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**
18

19

| | |
|---|---|
| United States of America, | Case No. 3:22-cv-3070 |
| Plaintiff, | **DECLARATION OF DANIEL R. KOFFMANN IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME** |
| vs. | |
| Twitter, Inc., | |
| Defendant. | The Hon. Thomas S. Hixson |

## DECLARATION OF DANIEL R. KOFFMANN

I, Daniel R. Koffmann, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for X Corp., successor in interest to Defendant Twitter, Inc. I am a member in good standing of the Bar of the State of California. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration pursuant to Local Rules 6-2 and 7-5 in support of the parties' Stipulated Request for Order Changing Time.

2. On July 19, 2023, the Court entered an order (ECF No. 33) granting the parties' stipulated request to extend the briefing schedule on the Motion as follows:

- The deadline for Plaintiff to file an Opposition to concerning X. Corp.'s Motion for Protective Order & Relief from Consent Order, ECF No. 17, is extended from July 27, 2023 to September 11, 2023; and

- The deadline for Defendant to file a Reply in support of the motion is extended from August 3, 2023 to October 11, 2023.

3. On July 19, 2023, the Court entered an order (ECF No. 34) setting a hearing on the Motion to take place on November 2, 2023, at 11:00 AM.

4. I have a preexisting professional obligation that requires me to be outside the country on November 2, 2023.

5. I have met and conferred with counsel for Plaintiff the United States of America, and determined that counsel for both parties can be available at any time for a hearing on the Motion on the following dates: November 14, 15, 16, and 17, 2023.

1   I declare under penalty of perjury that the foregoing is true and correct.

2   DATED:   July 21, 2023

3                                                             /s/ Daniel R. Koffmann
                                                              Daniel R. Koffmann
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ECF ATTESTATION**

I, Alex Spiro, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that Daniel R. Koffmann, counsel for X Corp., has concurred in this filing.

DATED: July 21, 2023

    /s/ Alex Spiro
Alex Spiro