FILED

Jul 24 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America, | Case No. 3:22-3070 |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME |
| vs. | |
| Twitter, Inc., | The Hon. Thomas S. Hixson |
| Defendant. | |

Case No. 3:22-cv-3070
[PROPOSED] ORDER

**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME**

Pending before the Court is the parties' stipulated request for an order continuing the hearing on X Corp., successor in interest to Defendant Twitter, Inc. ("X Corp.")'s Motion for Protective Order & Relief From Consent Order (ECF No. 17), which is presently scheduled for November 2, 2023, at 11:00 AM.

It is hereby **ORDERED** that the parties' Stipulated Request for an Order Changing Time is **GRANTED**. The Court's hearing on X Corp.'s Motion for Protective Order & Relief From Consent Order (ECF No. 17) is continued to   November 16, 2023   at 11:00am in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.   This is an in person hearing.

**IT IS SO ORDERED.**

Dated:   July 24, 2023

_____
HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE