BRIAN M. BOYNTON, Principal Deputy Assistant Attorney General
ARUN G. RAO, Deputy Assistant Attorney General
AMANDA N. LISKAMM, Director
LISA K. HSIAO, Assistant Director
ZACHARY L. COWAN, Trial Attorney (NCBN 53432)
DEBORAH S. SOHN, Trial Attorney (NYBN 5118096, DCBN 1025098)
SCOTT P. KENNEDY, Trial Attorney (DCBN 1658085)

  U.S. Department of Justice
  Civil Division
  Consumer Protection Branch
  450 5th Street NW, Suite 6400-S
  Washington, DC 20530
  Telephone: (202) 305-1837
  Scott.P.Kennedy@usdoj.gov

STEPHANIE M. HINDS, United States Attorney (CABN 154284)
MICHELLE LO, Chief, Civil Division (NYBN 4325163)
SHARANYA MOHAN, Assistant United States Attorney (NYBN 5027768)
EMMET P. ONG, Assistant United States Attorney (NYBN 4581369)

  Northern District of California
  450 Golden Gate Avenue
  San Francisco, California 94102
  Telephone: (415) 436-7198
  sharanya.mohan@usdoj.gov
  emmet.ong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>    v.<br><br>TWITTER, INC., a corporation,<br><br>   Defendant. | **Case No. 3:22-cv-3070-TSH**<br><br>**NOTICE OF APPEARANCE** |

1    Please take notice that undersigned counsel, Scott P. Kennedy, hereby enters his appearance in the

2  above-captioned matter on behalf of the United States of America.

3

4  Dated: August 2, 2023                          Respectfully submitted,

5                                                 FOR THE UNITED STATES OF AMERICA:

6  *Of Counsel:*                                  BRIAN M. BOYNTON
                                                  Principal Deputy Assistant Attorney General
7                                                 Civil Division
   JAMES A. KOHM
8  Associate Director
   Division of Enforcement                        ARUN G. RAO
9                                                 Deputy Assistant Attorney General
   LAURA KOSS
10 Assistant Director                             AMANDA N. LISKAMM
   Division of Enforcement                        Director
11                                                Consumer Protection Branch
   REENAH L. KIM
12 Attorney                                       LISA K. HSIAO
   Division of Enforcement                        Assistant Director
13

14 Federal Trade Commission                       /s/ *Scott P. Kennedy*
15 600 Pennsylvania Avenue, N.W.,                 SCOTT P. KENNEDY
   Mail Stop CC-9528                              ZACHARY L. COWAN
16 Washington, D.C. 20580                         DEBORAH S. SOHN
   Tel: (202) 326-2272 (Kim)                      Trial Attorneys
17 Tel: (202) 326-2715 (Arias)                    Consumer Protection Branch
   rkim1@ftcgov                                   U.S. Department of Justice
18                                                450 5th Street, N.W. Suite 6400-S
19                                                Washington, D.C. 20530
                                                  Tel: (202) 305-1837
20                                                Fax: (202) 514-8742
                                                  Scott.P.Kennedy@usdoj.gov
21                                                Zachary.L.Cowan@usdoj.gov
                                                  Deborah.S.Sohn@usdoj.gov
22

23                                                ISMAIL J. RAMSEY
                                                  United States Attorney
24

25                                                MICHELLE LO
                                                  Chief
26                                                Civil Division

27                                                SHARANYA MOHAN
                                                  EMMET P. ONG
28

NOTICE OF APPEARANCE
Case No. 3:22-cv-3070-TSH

Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
Tel: (415) 436-7198
sharanya.mohan@usdoj.gov
emmet.ong@usdoj.gov

NOTICE OF APPEARANCE
Case No. 3:22-cv-3070-TSH