quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7617

WRITER'S EMAIL ADDRESS
alexspiro@quinnemanuel.com

September 1, 2023

**VIA ECF**

The Honorable Thomas S. Hixson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Substitution of Docket Entry 19-3, Exhibit B to Motion to File Under Seal
*United States v. Twitter*, No. 22-cv-03070-TSH (N.D. Cal.)

Dear Judge Hixson,

We write to request that the Court accept substitution of docket entry 19-3, Exhibit B to X Corp.'s Motion To File Under Seal Certain Documents In Support Of X Corp.'s Motion For Protective Order & Relief From Consent Order (the sealed version of docket entry 18-15, Exhibit 15 to the Koffmann Declaration). The document presently on file is a duplicate copy of 19-5, Exhibit D to the Motion to File Under Seal. Enclosed, under seal, is the correct document: Exhibit 8 to the deposition of David Roque, a document bearing Bates number EY_FTC_0002778, which we understand Ernst & Young, LLP produced to the Federal Trade Commission in response to a subpoena from the FTC. Thank you for considering this request.

Respectfully submitted,

Alex Spiro
*Attorney for X Corp., successor in interest to Defendant Twitter, Inc.*

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON |
LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY |
SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH