# Exhibit C
# FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL