# Exhibit D
# FILED UNDER SEAL

EXHIBIT FILED UNDER SEAL