# Exhibit E
# FILED UNDER SEAL

EXHIBIT FILED UNDER SEAL