# Exhibit F
# FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL