# Exhibit G
# FILED UNDER SEAL

EXHIBIT FILED UNDER SEAL