BRIAN M. BOYNTON, Principal Deputy Assistant Attorney General
ARUN G. RAO, Deputy Assistant Attorney General
AMANDA N. LISKAMM, Director
LISA K. HSIAO, Assistant Director
HILARY K. PERKINS, Assistant Director
SCOTT P. KENNEDY, Trial Attorney (DCBN 1658085)
ZACHARY L. COWAN, Trial Attorney (NCBN 53432)

    U.S. Department of Justice
    Civil Division
    Consumer Protection Branch
    450 5th Street NW, Suite 6400-S
    Washington, DC 20530
    Telephone: (202) 305-1837
    Scott.P.Kennedy@usdoj.gov
    Zachary.L.Cowan@usdoj.gov

ISMAIL J. RAMSEY, United States Attorney (CABN 154284)
MICHELLE LO, Chief, Civil Division (NYBN 4325163)
SHARANYA MOHAN, Assistant United States Attorney (NYBN 5027768)
EMMET P. ONG, Assistant United States Attorney (NYBN 4581369)

    Northern District of California
    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7198
    sharanya.mohan@usdoj.gov
    emmet.ong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>TWITTER, INC., a corporation,<br><br>        Defendant. | Case No. 3:22-cv-3070-TSH<br><br>**UNITED STATES' CIVIL LOCAL RULE 79-5(F) MOTION TO CONSIDER WHETHER OTHER PARTIES' MATERIAL SHOULD BE SEALED** |

The United States has filed Exhibits A-H in support of its Opposition to X Corp.'s Motion for Protective Order and Relief from Consent Order ("Opposition"). *See* ECF Nos. 41, 42. These exhibits contain information that the Federal Trade Commission ("FTC") obtained from Defendant X Corp. (formerly Twitter, Inc.), and Ernst & Young, LLP ("EY"), during the course of the FTC's non-public investigation regarding X Corp.'s compliance with the FTC's 2022 Administrative Order. Exhibit G was designated as confidential by X Corp., and Exhibit H was designated as confidential by EY, pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2. Moreover, the depositions identified in exhibits C, D, E, and F refer to those documents, and the United States' Opposition contains discussion of those documents.

Before filing this motion, the government contacted counsel for X Corp. and EY to inform them of the government's intention to file certain materials that contain information designated as confidential by X Corp. or EY, and counsel for X Corp. advised that the deposition transcrips at issue contain information that the company may consider confidential. However, the voluminous nature of the materials and the imminent filing deadline rendered it impracticable for the parties to develop a position on the confidentiality of these materials before the filing. The government is therefore filing this motion to provide X Corp. and EY an opportunity to file, within seven days, a statement or declaration pursuant to Civil Local Rule 79-5(f)(3) regarding whether and why the above-referenced materials, or specific portions thereof, should be filed under seal.

Accordingly, pursuant to Civil Local Rule 79-5(f), the United States files this administrative motion to consider whether the documents identified below should be sealed:

| **Exhibit** | **Document Title** | **Portion Of Document To Be Provisionally Sealed** |
|---|---|---|
| Not applicable | United States' Opposition to X Corp.'s Motion for Protective Order and Relief from Consent Order | Highlighted in Yellow |
| Exhibit C | Excerpts from the Deposition of Seth Wilson | Entire Document |
| Exhibit D | Excerpts from the Deposition of Andrew Sayler | Entire Document |

| | | |
|---|---|---|
| Exhibit E | Excerpts from the Deposition of Damien Kieran | Entire Document |
| Exhibit F | Excerpts from the Deposition of Lea Kissner | Entire Document |
| Exhibit G | Exhibit 001 to the deposition of Lea Kissner | Entire Document |
| Exhibit H | Exhibit 011 to the Deposition of David Roque | Entire Document |

Should X Corp. or EY file a statement or declaration pursuant to Civil Local Rule 79-5(f)(3), the United States reserves its right to file a response pursuant to Civil Local Rule 79-5(f)(4). Consistent with Civil Local Rule 79-5(d), unredacted versions of the above documents accompany this administrative motion.

Dated: September 11, 2023                              Respectfully submitted,

FOR THE UNITED STATES OF AMERICA:

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ARUN G. RAO
Deputy Assistant Attorney General

AMANDA N. LISKAMM
Director
Consumer Protection Branch

LISA K. HSIAO
HILARY K. PERKINS
Assistant Directors

*/s/ Scott P. Kennedy*
SCOTT P. KENNEDY
ZACHARY L. COWAN
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
450 5th Street, N.W. Suite 6400-S

Washington, D.C. 20530
Tel: (202) 305-1837 (Kennedy)
Tel: (202) 353-7728 (Cowan)
Fax: (202) 514-8742
Scott.P.Kennedy@usdoj.gov
Zachary.L.Cowan@usdoj.gov


ISMAIL J. RAMSEY
United States Attorney

MICHELLE LO
Chief
Civil Division

SHARANYA MOHAN
EMMET P. ONG
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
Tel: (415) 436-7198
sharanya.mohan@usdoj.gov
emmet.ong@usdoj.gov

**CERTIFICATE OF SERVICE**

Consistent with Civil Local Rule 5-5 and 79-5(f)(2), I certify that on September 11, 2023, a copy of the foregoing motion will be electronically served on Laura Riposo VanDruff, counsel for Ernst & Young, LLP, at LVanDruff@KelleyDrye.com.

September 11, 2023                    */s/ Scott P. Kennedy*
                                      SCOTT P. KENNEDY