AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:22-cv-03070-TSH |
| TWITTER, INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nonparty Ernst & Young LLP.

Date: 09/18/2023

/s/ Rebecca B. Durrant
*Attorney's signature*

Rebecca B. Durrant (SBN 350444)
*Printed name and bar number*
Kelley Drye & Warren LLP
888 Prospect Street, Suite 200
La Jolla, CA 92037

*Address*

Rdurrant@kelleydrye.com
*E-mail address*

(212) 808-7551
*Telephone number*

(212) 808-7897
*FAX number*