# EXHIBIT A

## 1:23mc82, X Corp. V. Ernst & Young, Llp

US District Court Docket

United States District Court, District of Columbia

(Washington, DC)

**This case was retrieved on 09/18/2023**

# Proceedings

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| 15 | 09/08/2023 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by ERNST & YOUNG, LLP (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit D, # 2 Exhibit E, # 3 Text of Proposed Order)(VanDruff, Laura) (Entered: 09/08/2023) | |
| 16 | 09/08/2023 | CERTIFICATE OF SERVICE by ERNST & YOUNG, LLP re 15 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by ERNST & YOUNG, LLP (This document is SEALED and only available to authorized persons.) . (VanDruff, Laura) (Entered: 09/08/2023) | |
| | 09/11/2023 | MINUTE ORDER granting 15 Sealed Motion for Leave to File Document Under Seal. The Clerk of Court is directed to file the [15-1] [15-2] exhibits under seal. SO ORDERED. Signed by Judge Amy Berman Jackson on 09/11/2023. (lcabj2) (Entered: 09/11/2023) | |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

End of Document