**KELLEY DRYE & WARREN LLP**
Rebecca B. Durrant (SBN 350444)
Rdurrant@kelleydrye.com
888 Prospect Street, Suite 200
La Jolla, CA 92037
Tel.: (212) 808-7551
Fax: (212) 808-7897

**KELLEY DRYE & WARREN LLP**
Laura Riposo VanDruff (*pro hac vice* application forthcoming)
Lvandruff@kelleydrye.com
Washington Harbour
3050 K Street NW, Suite 400
Washington, DC 20007
Tel.: (202) 342-8400
Fax: (202) 342-8481

*Attorneys for Non-Party*
*Ernst & Young LLP*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-cv-03070-TSH |
| Plaintiff, | Assigned to Magistrate Judge Thomas S. Hixson |
| v. | |
| TWITTER, INC., | **NONPARTY ERNST & YOUNG LLP'S CORPORATE DISCLOSURE STATEMENT** |
| Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil L.R. 3-15, nonparty Ernst & Young LLP ("EY") states as follows:

EY is a limited liability partnership with no parent corporation. No publicly held companies have more than a 10% ownership of EY. Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

DATED: September 18, 2023

KELLEY DRYE & WARREN LLP
Rebecca B. Durrant (SBN 350444)

By: */s/ Rebecca B. Durrant*
Rebecca B. Durrant

*Attorneys for Nonparty*
*Ernst & Young LLP*