UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Twitter, Inc.,<br><br>　　　　　　　Defendant. | Case No. 3:22-cv-03070-TSH<br><br>**[PROPOSED] ORDER SEALING DOCUMENTS IDENTIFIED IN ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

**[PROPOSED] ORDER SEALING DOCUMENTS IDENTIFIED IN ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**

X Corp,. successor in interest to Defendant Twitter, Inc., has filed a statement in support of sealing exhibits, or portions of exhibits, identified in the Administrative Motion To Consider Whether Another Party's Material Should be Sealed filed by the United States of America, Dkt. No. 43. Having considered X Corp.'s statement, and good cause or compelling reasons having been shown, the Administrative Motion to Consider Whether Another Party's Materials Should be Sealed is **GRANTED**, and it is hereby **ORDERED** that the following documents filed in this matter are sealed as follows:

| Document | Portion to be Sealed | Disposition |
|---|---|---|
| United States' Opposition to X Corp.'s Motion for Protective Order & Relief from Consent Order Filed Under Seal (Dkt. No. 41) | Portions highlighted in yellow on pages 6-8, 11, 17 | |
| Exhibit C: Wilson Excerpts (Dkt. No. 42-3) | Portions highlighted in yellow on pages 4-8, 20-22, 25, 28-29, 31-32 | |
| Exhibit D: Sayler Excerpts (Dkt. No. 42-4) | Portions highlighted in yellow on pages 5-6, 8-13, 16 | |
| Exhibit E: Kieran Excerpts (Dkt. No. 42-5) | Portions highlighted in yellow on pages 14-16, 18, 23, 27 | |
| Exhibit F: Kissner Excerpts (Dkt. No. 42-6) | Portions highlighted in yellow on pages 9-10, 12-20, 22-32 | |
| Exhibit G: Kissner Exhibit 01 (Dkt. No. 42-7) | Portions highlighted in yellow on page 1 | |

**IT IS SO ORDERED.**

DATED: _____

_____
Thomas S. Hixson
United States Magistrate Judge