1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Alex Spiro (*pro hac vice*)
2  Daniel R. Koffmann (California Bar No. 344379)
3  51 Madison Ave, 22nd Floor
   New York, NY 10010
4  Telephone:  (212) 849-7000
   Facsimile:  (212) 849-7100
5  alexspiro@quinnemanuel.com
   danielkoffmann@quinnemanuel.com
6
7  Christopher G. Michel (*pro hac vice*)
   Casey J. Adams (*pro hac vice*)
8  Rachel G. Frank (California Bar No. 330040)
   1300 I Street NW, Suite 900
9  Washington, D.C. 20005
   Telephone: (202) 538-8000
10 Facsimile: (202) 538-8100
11 christophermichel@quinnemanuel.com
   caseyadams@quinnemanuel.com
12 rachelfrank@quinnemanuel.com
13
   *Attorneys for X Corp.,*
14 *successor in interest to Defendant Twitter, Inc.*
15

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America, | Case No. 3:22-cv-3070-TSH |
| Plaintiff, | **DECLARATION OF DANIEL R. KOFFMANN IN SUPPORT OF X CORP.'S REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER & RELIEF FROM CONSENT ORDER** |
| vs. | |
| Twitter, Inc., | |
| Defendant. | **Hearing Date**: November 16, 2023<br>**Hearing Time**: 11:00 AM<br>**Hearing Location**: Courtroom E, 15th Floor<br>  450 Golden Gate Avenue<br>  San Francisco, CA<br><br>The Hon. Thomas S. Hixson |

-1-  Case No. 3:22-cv-3070-TSH
KOFFMANN DECLARATION ISO X CORP.'S REPLY ISO MOTION FOR PROTECTIVE ORDER & RELIEF FROM CONSENT ORDER

## DECLARATION OF DANIEL KOFFMANN

I, Daniel R. Koffmann, pursuant to 28 U.S.C. § 1746 and upon penalty of perjury, declare as follows:

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for X Corp., successor in interest to Defendant Twitter, Inc. I am a member in good standing of the Bar of the State of California. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of X Corp.'s Reply in Support of Motion for Protective Order and Relief from Consent Order.

2. *Attachments*: Attached as Exhibit 21 is a true and correct excerpted copy of FTI Consulting's cybersecurity assessment of X Corp. for the period of May 26, 2022, through May 25, 2023.

3. Attached as Exhibit 22 is a true and correct copy of the FTC's Order on Petitioner's Motion to Quash, Amazon.com. Inc., FTC Matter No. 212 3050, dated September 21, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 11, 2023.

*/s/ Daniel R. Koffmann*
Daniel R. Koffmann

**ECF ATTESTATION**

I, Alex Spiro, am the ECF User whose ID and password are being used to file this Declaration in Support of X Corp.'s Reply in Support of Motion for Protective Order & Relief From Consent Order.  In compliance with Civil Local Rule 5-1(h)(i)(3), I hereby attest that Daniel R. Koffmann, counsel for X Corp., has concurred in this filing.

DATED:  October 11, 2023

*/s/ Alex Spiro*
Alex Spiro