|  |  |
|---|---|
| United States of America, | Case No. 3:22-cv-03070-TSH |
| Plaintiff, | **[PROPOSED] ORDER GRANTING X CORP.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF X CORP.'S REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER & RELIEF FROM CONSENT ORDER** |
| vs. | |
| Twitter, Inc., | |
| Defendant. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL**

X Corp., successor in interest to Defendant Twitter, Inc., has filed an Administrative Motion to File Under Seal Certain Documents in Support of X Corp.'s Reply in Support of Motion for Protective Order & Relief from Consent Order.  Having considered X Corp.'s motion, and compelling reasons having been shown, X Corp.'s Administrative Motion to Seal is hereby **GRANTED** and it is **ORDERED** that documents filed in this matter are sealed as follows:

| Document | Portion to be Sealed | Disposition |
|---|---|---|
| Exhibit 21 | Portions highlighted on pages 4-5, 7, 9-23, 27-29 | |

**IT IS SO ORDERED.**

DATED: October __, 2023

_____

Thomas S. Hixson
United States Magistrate Judge