QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice*)
Daniel R. Koffmann (California Bar No. 344379)
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com
danielkoffmann@quinnemanuel.com

Christopher G. Michel (*pro hac vice*)
Casey J. Adams (*pro hac vice*)
Rachel G. Frank (California Bar No. 330040)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
christophermichel@quinnemanuel.com
caseyadams@quinnemanuel.com
rachelfrank@quinnemanuel.com

*Attorneys for X Corp.,
successor in interest to Defendant Twitter, Inc.*

[additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>   vs.<br><br>Twitter, Inc.,<br><br>   Defendant. | Case No. 3:22-cv-3070-TSH<br><br>**JOINT STATEMENT IN SUPPORT OF RELATIONSHIP OF CASES**<br><br>The Hon. Thomas S. Hixson |

**JOINT STATEMENT IN SUPPORT OF RELATING CASES**

Pursuant to Local Rule 3-12(e), X Corp., successor in interest to Defendant Twitter, Inc., ("X Corp.") and non-party Ernst & Young, LLP ("EY," or together with X Corp., the "Affected Parties"), hereby submit this joint statement in response to Magistrate Judge Peter H. Kang's *sua sponte* Judicial Referral for Purpose of Determining Relationship, Dkt. 22, *X Corp. v. Ernst & Young, LLP*, Case No. 3:23-mc-80245-PHK, Dkt. 22 (N.D. Cal.) (the "Referred Matter").

The Affected Parties respectfully submit that the Court should find that this matter is related to the Referred Matter. Cases are related when (1) they "concern substantially the same parties, property, transaction or event," and (2) "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a).

The Affected Parties agree that both elements are satisfied here. The Referred Matter concerns a Motion to Compel Compliance with Subpoena Duces Tecum served by X Corp. on EY. The subpoena X Corp. seeks to enforce requests documents relating to EY's communications with the Federal Trade Commission and certain other documents that X Corp. contends are relevant to its pending Motion for Protective Order & Relief from Consent Order. Dkt. 17. EY has objected to the subpoena, including on the grounds that the discovery sought is not permissible under the Consent Order previously entered in this Court. The pending Motion to Compel in the Referred Matter thus concerns "substantially the same parties, property, transaction, [and] events" as does X Corp.'s pending Motion in this matter. Civil L.R. 3-12(a). The Court is already familiar with the relevant parties, events, and procedural history, and relating the Referred Matter would avoid the duplication of labor and expense likely to result from requiring the Affected Parties to proceed before two different judges.

Counsel for X Corp. has conferred with counsel for the government, which does not oppose this request.

## **CONCLUSION**

The Affected Parties respectfully request that the Court find that the instant matter is related to the Referred Matter.

DATED: October 16, 2023

Respectfully submitted,

| KELLEY DRYE & WARREN LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| */s/ Laura Riposo VanDruff* | */s/ Alex Spiro* |
| Laura Riposo VanDruff (*pro hac vice*)<br>Washington Harbour<br>3050 K Street NW, Suite 400<br>Washington, DC 20007<br>Tel.: (202) 342-8400<br>Fax: (202) 342-8481<br>Lvandruff@kelleydrye.com<br><br>Rebecca B. Durant (SBN 350444)<br>888 Prospect Street, Suite 200<br>La Jolla, CA 92037<br>Tel.: (212) 808-7551<br>Fax: (212) 808-7897<br>Rdurrant@kelleydrye.com<br><br>*Attorneys for Nonparty Ernst & Young LLP* | Alex Spiro (*pro hac vice*)<br>Daniel R. Koffmann (California Bar No. 344379)<br>51 Madison Ave, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>alexspiro@quinnemanuel.com<br>danielkoffmann@quinnemanuel.com<br><br>Christopher G. Michel (*pro hac vice*)<br>Casey J. Adams (*pro hac vice*)<br>Rachel G. Frank (California Bar No. 330040)<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100<br>christophermichel@quinnemanuel.com<br>caseyadams@quinnemanuel.com<br>rachelfrank@quinnemanuel.com<br><br>*Attorneys for X Corp., successor in interest to Defendant Twitter, Inc.* |

**ECF ATTESTATION**

I, Alex Spiro, am the ECF User whose ID and password are being used to file this Joint Statement in Support of Relating Cases. In compliance with Civil Local Rule 5-1(h)(i)(3), I hereby attest that Laura Riposo VanDruff, counsel for non-party Ernst & Young LLP, has concurred in this filing.

DATED: October 16, 2023

*/s/ Alex Spiro*
Alex Spiro