BRIAN M. BOYNTON, Principal Deputy Assistant Attorney General
ARUN G. RAO, Deputy Assistant Attorney General
AMANDA N. LISKAMM, Director
LISA K. HSIAO, Assistant Director
SCOTT P. KENNEDY, Trial Attorney (DCBN 1658085)
ZACHARY L. COWAN, Trial Attorney (NCBN 53432)

    U.S. Department of Justice
    Civil Division
    Consumer Protection Branch
    450 5th Street NW, Suite 6400-S
    Washington, DC 20530
    Telephone: (202) 305-1837
    Scott.P.Kennedy@usdoj.gov
    Zachary.L.Cowan@usdoj.gov

ISMAIL J. RAMSEY, United States Attorney (CABN 154284)
MICHELLE LO, Chief, Civil Division (NYBN 4325163)
SHARANYA MOHAN, Assistant United States Attorney (NYBN 5027768)
EMMET P. ONG, Assistant United States Attorney (NYBN 4581369)

    Northern District of California
    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7198
    sharanya.mohan@usdoj.gov
    emmet.ong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TWITTER, INC., a corporation,<br><br>    Defendant. | Case No. 3:22-cv-3070-TSH<br><br>**UNITED STATES' RESPONSE TO NOVEMBER 13, 2023 ORDER**<br><br>Hearing Date: November 16, 2023<br>Hearing Time: 11:00 AM<br><br>The Hon. Thomas S. Hixson |

1 | The United States submits this disclosure in response to the Court's November 13, 2023 Order
2 | (ECF 56). That order directed the government to disclose whether David Hixson, a trial attorney in the
3 | Department of Justice's Consumer Protection Branch, "has done any work or given any advice in or
4 | relating to this proceeding, whether that advice was given or work done before or after the action was
5 | filed," as well as whether David Hixson "has supervisory responsibility over any of the attorneys
6 | handling this case, even if he is not personally involved and has no knowledge of the case."
7 | The government responds that David Hixson has not done any work on, or given any advice in or
8 | relating to, this proceeding either before or after the action was filed. David Hixson also has no
9 | supervisory responsibility over any of the attorneys handling this case. In addition, David Hixson has
10 | been privy to no non-public information about this case; he has no access to the Branch's secure, non-
11 | public files related to it; and the attorneys assigned to the case have refrained, and will continue to
12 | refrain, from discussing its substance with him.

| | |
|---|---|
| Dated: November 14, 2023 | Respectfully submitted, |
| | FOR THE UNITED STATES OF AMERICA: |
| | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division |
| | ARUN G. RAO<br>Deputy Assistant Attorney General |
| | AMANDA N. LISKAMM<br>Director<br>Consumer Protection Branch |
| | LISA K. HSIAO<br>Assistant Director |
| |  /s/ Scott P. Kennedy<br>SCOTT P. KENNEDY<br>ZACHARY L. COWAN<br>Trial Attorneys<br>Consumer Protection Branch<br>U.S. Department of Justice<br>450 5th Street, N.W. Suite 6400-S<br>Washington, D.C. 20530<br>Tel: (202) 305-1837 (Kennedy)<br>Tel: (202) 353-7728 (Cowan)<br>Fax: (202) 514-8742<br>Scott.P.Kennedy@usdoj.gov<br>Zachary.L.Cowan@usdoj.gov |
| | ISMAIL J. RAMSEY<br>United States Attorney |
| | MICHELLE LO<br>Chief<br>Civil Division |
| | SHARANYA MOHAN<br>EMMET P. ONG<br>Assistant United States Attorney<br>Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, California 94102<br>Tel: (415) 436-7198<br>sharanya.mohan@usdoj.gov<br>emmet.ong@usdoj.gov |