**FILED**

Nov 16 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>Twitter, Inc.,<br><br>    Defendant. | Case No. 3:22-cv-03070-TSH<br><br>[~~PROPOSED~~] ORDER GRANTING X CORP.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF X CORP.'S MOTION FOR PROTECTIVE ORDER & RELIEF FROM CONSENT ORDER |

**[P~~ROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL**

X Corp,. successor in interest to Defendant Twitter, Inc., LLC has filed an Administrative Motion To File Under Seal Documents in Support Of X Corp.'s Motion For Protective Order & Relief From Consent Order. Having considered X Corp.'s motion, and compelling reasons having been shown, X Corp.'s Administrative Motion to Seal is hereby **GRANTED** and it is **ORDERED** that documents filed in this matter are sealed as follows:

| Document | Portion to be Sealed | Disposition |
|---|---|---|
| Exhibit 2 | Entire Document | |
| Exhibit 15 | Entire Document | |
| Exhibit 16 | Entire Document | |
| Exhibit 17 | Entire Document | |

IT IS SO ORDERED.

DATED: November 16, 2023

*/s/ T.M. Hix/*

Thomas S. Hixson
United States Magistrate Judge