FILED

Nov 16 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>     vs.<br><br>Twitter, Inc.,<br><br>            Defendant. | Case No. 3:22-cv-03070-TSH<br><br>[PROPOSED] ORDER GRANTING X CORP.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF X CORP.'S REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER & RELIEF FROM CONSENT ORDER |

**[P̶r̶o̶p̶o̶s̶e̶d̶] Order Granting Administrative Motion to Seal**

X Corp., successor in interest to Defendant Twitter, Inc., has filed an Administrative Motion to File Under Seal Certain Documents in Support of X Corp.'s Reply in Support of Motion for Protective Order & Relief from Consent Order. Having considered X Corp.'s motion, and compelling reasons having been shown, X Corp.'s Administrative Motion to Seal is hereby **GRANTED** and it is **ORDERED** that documents filed in this matter are sealed as follows:

| Document | Portion to be Sealed | Disposition |
|---|---|---|
| Exhibit 21 | Portions highlighted on pages 4-5, 7, 9-23, 27-29 | |

**IT IS SO ORDERED.**

DATED: ~~October __, 2023~~

November 16, 2023

*[signature]*

Thomas S. Hixson
United States Magistrate Judge