QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice*)
Daniel R. Koffmann (California Bar No. 344379)
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com
danielkoffmann@quinnemanuel.com

Christopher G. Michel (*pro hac vice*)
Casey J. Adams (*pro hac vice*)
Rachel G. Frank (California Bar No. 330040)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
christophermichel@quinnemanuel.com
caseyadams@quinnemanuel.com
rachelfrank@quinnemanuel.com

*Attorneys for X Corp.,
successor in interest to Defendant Twitter, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Twitter, Inc.,<br><br>　　　　Defendant. | Case No. 3:22-cv-3070-TSH<br><br>**DECLARATION OF DANIEL R. KOFFMANN IN SUPPORT OF X CORP.'S ADMINISTRATIVE MOTION TO SEAL**<br><br>The Hon. Thomas S. Hixson |

### DECLARATION OF DANIEL R. KOFFMANN

　　　I, Daniel R. Koffmann, pursuant to 28 U.S.C. § 1746 and upon penalty of perjury, declare as follows:

　　　1.　　I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for X Corp., successor in interest to Defendant Twitter, Inc. I am a member in good standing

of the Bar of the State of California. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of X Corp.'s Administrative Motion to File Under Seal Certain Documents the United States Filed in Support of its Opposition to X Corp.'s Motion for Protective Order and Relief from Consent Order.

2. I reviewed the X Corp. materials submitted under seal by the United States in connection with its Motion to Consider Whether Other Parties' Material Should be Sealed, Dkt. No. 43, and identified redactions narrowly tailored to protect X Corp.'s confidential information. On September 18, 2023, an attorney working at my direction transmitted highlighted copies of those materials to the Court and the United States by email. X Corp. transmitted these materials by email because the ECF system did not permit the filing of attachments to X Corp.'s responsive statement under seal.

3. Attached as Exhibit 1 is a true and correct copy of an email communication sent at 10:20 PM EDT (7:20 PM PDT) on September 18, 2023, by which X Corp. transmitted highlighted copies of the United States's opposition motion and exhibits to the Court and the United States.

4. Attached as Exhibit 2 is a true and correct copy of Dkt. No. 42-3 (Exhibit C to the Kennedy Declaration), excerpts of the transcript of the videoconference deposition of Seth Wilson, taken on behalf of the Federal Trade Commission dated May 5, 2023, with X Corp.'s proposed redactions in yellow highlights.

5. Attached as Exhibit 3 is a true and correct copy of Dkt. No. 42-4 (Exhibit D to the Kennedy Declaration), excerpts of the videoconference deposition of Andrew Sayler, taken on behalf of the Federal Trade Commission dated April 19, 2023, with X Corp.'s proposed redactions in yellow highlights.

6. Attached as Exhibit 4 is a true and correct copy of Dkt. No. 42-5 (Exhibit E to the Kennedy Declaration), excerpts of the transcript of the videoconference deposition of Damien Kieran, taken on behalf of the Federal Trade Commission dated December 2, 2022, with X Corp.'s proposed redactions in yellow highlights.

7. Attached as Exhibit 5 is a true and correct copy of Dkt. No. 42-6 (Exhibit F to the Kennedy Declaration), excerpts of the transcript of the videoconference deposition of Lea Kissner, taken on behalf of the Federal Trade Commission dated December 7, 2022, with X Corp.'s proposed redactions in yellow highlights.

8. Attached as Exhibit 6 is a true and correct copy of Dkt. No. 42-7 (Exhibit G to the Kennedy Declaration), Exhibit 1 to the videoconference deposition of Lea Kissner, taken on behalf of the Federal Trade Commission dated December 7, 2022, with X Corp.'s proposed redactions in yellow highlights.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 8, 2023

                                                           */s/ Daniel R. Koffmann*
                                                         Daniel R. Koffmann