# EXHIBIT 1

# Casey Adams

| | |
|---|---|
| **From:** | Casey Adams |
| **Sent:** | Monday, September 18, 2023 10:20 PM |
| **To:** | tshpo@cand.uscourts.gov |
| **Cc:** | Cowan, Zachary L.; Kennedy, Scott P.; Daniel Koffmann; Rachel Frank; Christopher Michel; Alex Spiro |
| **Subject:** | Case No. 3:22-cv-3070-TSH, United States v. Twitter, Inc. |
| **Attachments:** | Materials in Support of Dkt. No. 47.zip |

Dear Judge Hixson,

Pursuant to the Court's Standing Order, attached please find a .zip file containing a Word copy of the Proposed Order filed this evening at Dkt. No. 47 in the above-captioned matter. Also enclosed are highlighted and redacted copies of the materials filed by the United States as attachments to Dkt. No. 43 and for which X Corp., successor in interest to Twitter, Inc., was the designating party.

Regards,

**Casey Adams**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

1300 I Street, NW, Suite 900
Washington, D.C. 20005
202.538.8000 Main Office Number
202.538.8100 FAX
caseyadams@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.