UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>   vs.<br><br>Twitter, Inc.,<br><br>                Defendant. | Case No. 3:22-cv-03070-TSH<br><br>**[PROPOSED] ORDER GRANTING X CORP.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN DOCUMENTS THE UNITED STATES FILED IN SUPPORT OF ITS OPPOSITION TO X CORP.'S MOTION FOR PROTECTIVE ORDER AND RELIEF FROM CONSENT ORDER** |

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

X Corp., successor in interest to Defendant Twitter, Inc., has filed an Administrative Motion To File Under Seal.  Having considered X Corp.'s motion, and good cause or compelling reasons having been shown, the Administrative Motion To File Under Seal is **GRANTED**, and it is hereby **ORDERED** that the following documents filed in this matter are sealed as follows:

| Document | Portion to be Sealed | Disposition |
|---|---|---|
| Exhibit 2: Wilson Excerpts (Dkt. No. 42-3) | Portions highlighted in yellow on transcript pages:<br><br>11:6-16; 11:21-12:3; 12:9-13:14; 33:2-4; 33:15-34:6; 75:8-19; 76:8-20; 77:18-24; 122:13-25; 152:1-153:21; 160:1-161:25 | |
| Exhibit 3: Sayler Excerpts (Dkt. No. 42-4) | Portions highlighted in yellow on transcript pages:<br><br>10:7-16; 11:1-3; 22:6-25; 63:7-25; 155:2-12; 156:11-25; 216:21-22; 217:3; 265:10-24 | |
| Exhibit 4: Kieran Excerpts (Dkt. No. 42-5) | Portions highlighted in yellow on transcript pages:<br><br>75:9-77:2; 77:22-25; 86:5-7; 94:14-23; 138:1-20 | |

| Document | Portion to be Sealed | Disposition |
|---|---|---|
| Exhibit 5: Kissner Excerpts (Dkt. No. 42-6) | Portions highlighted in yellow on transcript pages:<br><br>80:8-9; 81:2-3; 81:9-11; 81:14-16; 81:22; 83:1-2; 83:5-6; 83:10-22; 83:25-84:10; 84:16-22; 85:6-16; 85:20-86:4; 86:7-14; 86:16-17; 86:21-25; 87:4-5; 87:12-25; 91:1-2; 91:6-13; 91:19-22; 91:25; 101:3-7; 101:15; 101:19-20; 101:24-25; 102:3-11; 102:13; 103:4-11; 105:3-5; 105:7-25; 113:1-8; 113:25-114:1; 114:6-7; 114:13-15; 114:18-20; 115:4-5; 115:8-116:3; 116:5-7; 116:9-10; 116:12-13; 116:16-25; 130:14-21; 130:23-25; 131:3-11; 131:22; 132:13-16; 132:18-23; 237:24-238:5; 238:10-239:9; 239:23-25 | |
| Exhibit 6: Kissner Exhibit 01 (Dkt. No. 42-7) | Portions highlighted in yellow on page 1 of exhibit (page 2 of PDF document) | |

**IT IS SO ORDERED.**

DATED: _____

_____

Thomas S. Hixson
United States Magistrate Judge