UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TWITTER, INC.,<br><br>　　　　　Defendant. | Case No. 22-cv-03070-TSH<br><br>**ORDER RE MOTION TO SEAL**<br><br>Re: Dkt. No. 68 |

X Corp.'s motion to seal (ECF No. 68) is **GRANTED**. The Court **ORDERS** X Corp. to file Exhibits C-G in the public record with the highlighted portions redacted, and to do so within 30 days.

**IT IS SO ORDERED.**

Dated: December 20, 2023

　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge