**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7617**

WRITER'S EMAIL ADDRESS
**danielkoffmann@quinnemanuel.com**

December 21, 2023

<u>VIA ECF</u>

The Honorable Thomas S. Hixson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    <u>*United States v. Twitter, Inc.*, No. 22-CV-3070-TSH (N.D. Cal.)</u>

Dear Hon. Judge Hixson:

    On December 20, 2023, the Court ordered X Corp. to file Exhibits C–G to the Declaration of Scott P. Kennedy in Support of the United States' Opposition to X Corp.'s Motion for Protective Order & Relief from Consent Order (Dkt. No. 42, the "Kennedy Declaration"), in the public record within 30 days. Dkt. 69. Per the Court's order, X Corp. is filing Exhibits C–G, with the redactions specified in the sealed attachments to X Corp.'s Administrative Motion (Dkt. No. 68) applied, in the public record as attachments to this correspondence.

                             Respectfully submitted,

                             /s/ Daniel R. Koffmann

                             Daniel R. Koffmann

                             *Counsel for X Corp., successor in interest to Defendant Twitter, Inc.*

                             Enclosure: Redacted Copies of Exhibits C–G to the Kennedy Declaration

cc: Counsel of Record (via ECF)