# Exhibit E

## (Dkt. No. 42-5)
REDACTED

```
 1                   FEDERAL TRADE COMMISSION

 2

 3     In the Matter of:                )

 4     TWITTER, INC.,                   )   Matter No.

 5          a corporation.              )   C-1316

 6     --------------------------------)

 7

 8                             Friday, December 2, 2022

 9

10                         Via Zoom

11

12

13           The above-entitled matter came on for

14     investigational hearing, pursuant to notice, at

15     12:30 p.m., Eastern Standard Time.

16

17

18

19

20

21

22

23

24

25     Reported by:  Sally Jo Quade, RPR
```

2

Kieran

Twitter, Inc.                                                    12/2/2022

```
 1    APPEARANCES:

 2

 3    ON BEHALF OF THE FEDERAL TRADE COMMISSION:

 4          REENAH KIM, ESQ.

 5          RONNIE SOLOMON, ESQ.

 6          ANNE COLLESANO, ESQ.

 7          ANDREA ARIAS, ESQ.

 8          ALEX GAYNOR, ESQ.

 9          Federal Trade Commission

10          600 Pennsylvania Avenue, N.W.

11          Washington, DC 20580

12          (202) 326-2272

13          rkim1@ftc.gov

14

15    ON BEHALF OF TWITTER AND THE WITNESS:

16          DANIEL KOFFMANN, ESQ.

17          CASEY ADAMS, ESQ.

18          ROBERT ZINK, ESQ.

19          Quinn Emanuel Urquhart & Sullivan, LLP

20          51 Madison Avenue

21          22nd Floor

22          New York, New York 10010

23          (212) 849-7100

24          danielkoffmann@quinnemanuel.com

25                  and
```

3

Kieran

Twitter, Inc.                                                    12/2/2022

```
 1          DANIEL F. SCHUBERT, ESQ.
 2          Wilmer Cutler Pickering Hale and Dorr
 3          7 World Trade Center
 4          250 Greenwich Street
 5          New York, New York 10007
 6          (212) 295-6467
 7          daniel.schubert@wilmerhale.com
 8
 9  ON BEHALF OF THE WITNESS:
10          ANNE E. BEAUMONT, ESQ.
11          Friedman Kaplan Seiler & Adelman LLP
12          7 Times Square
13          New York, New York 10036-6516
14          (212) 833-1245
15          abeaumont@fklaw.com
16
17
18
19
20
21
22
23
24
25
```

14

Kieran

Twitter, Inc.                                                                12/2/2022

1    agreement at Twitter will prevent you from providing

2    complete and accurate answers to my questions today?

3         A.  No.  My recollection is that the agreement is

4    quite clear that, you know, you have to comply with

5    legal requirements, so such as a deposition.  So I don't

6    believe that there would be anything that would prevent

7    me.

8         Q.  And you are here today pursuant to a Rule 45

9    subpoena, correct?

10        A.  Which is sitting next to me on my table.

11        Q.  Yes.  Okay.  Are you currently under the

12   influence of any medications that would affect your

13   ability to participate in today's deposition?

14        A.  No, I am not.

15        Q.  Is there any reason you would not be able to

16   testify accurately and truthfully today?

17        A.  No.

18        Q.  When did you start working at Twitter?

19        A.  I'm going to get the date wrong, but it was the

20   start of January 2016.

21        Q.  And when you joined, what was your job position

22   there?

23        A.  I was hired to lead all non-U.S. litigation and

24   regulatory matters for the company.

25        Q.  Do you remember what your job title was when you

Kieran

Twitter, Inc.                                                    12/2/2022

1    first joined?

2        A.   I was just a -- so the company was much, much

3    smaller, so it was just international litigation and

4    regulatory counsel, but the titles and things changed in

5    time as the company got larger and the team got larger.

6        Q.   And at some point did you change job positions?

7        A.   I did.

8        Q.   Do you remember roughly when?

9        A.   It was the start of 2018, January or February of

10   2018.  Again, I can't remember exact date.

11       Q.   Sure.  And how did your job position change

12   around that time?

13       A.   Around that time, I was -- basically I was the

14   successful candidate to become Twitter's first data

15   protection officer, and so I became the data protection

16   officer and was charged with sort of starting that team.

17       Q.   What does it mean to be a data protection officer

18   for Twitter or what did it mean to be a data protection

19   officer for Twitter?

20       A.   I mean, you know, obviously it sort of changes

21   over time as the company changes and scales, but in its

22   simplest format, what the company was seeking to achieve

23   was to comply with the requirements of GDPR, which were

24   coming up to go into effect in May of 2018, and one of

25   those requirements was to have a data protection officer

Kieran

Twitter, Inc.                                    12/2/2022

1   that could meet the requirements of the GDPR, and so at

2   its simplest, it was a data protection officer who would

3   discharge the obligations under GDPR.

4        Q.  And the GDPR are EU regulations, correct?

5        A.  Correct.  Yes.  Yes.

6        Q.  Did you also have an additional title -- let me

7   ask you this, when you were -- when you first became the

8   first data protection officer for Twitter around early

9   2018, did you also have additional titles in connection

10  with other roles that you had at the company?

11       A.  I didn't have additional titles.  I mean, there

12  are internal titles that relate to job levels on

13  ladders, if that's what you mean.  And I actually don't

14  remember what I was at that point in time.  I think it

15  could have been associate legal director, maybe, but I

16  have to check.  But again, those are more a correlation

17  of seniority as opposed to anything else.

18       Q.  So when you became data protection officer in

19  early 2018, were you still in the legal department at

20  Twitter?

21       A.  I was.  I was in the legal department.

22       Q.  And at some point did your job position at

23  Twitter change?

24       A.  I don't know that I would view it as ever

25  changing.  It sort of -- the role and the obligations

Kieran

Twitter, Inc.                                                    12/2/2022

1    that I discharged from sort of spring of 2018 to the --

2    to when I left were effectively the same.  They just

3    changed in the sense that the company's needs shifted

4    and moved somewhat, but like my core obligations, which

5    were I think summarized best as when I testified not too

6    long after I became the data protection officer in 2018,

7    I testified at the Senate and sort of the statement that

8    we gave publicly was that my responsibility and my

9    team's responsibilities were to ensure Twitter's

10   compliance with global privacy and data protection

11   requirements.  You know, GDPR or otherwise.  And so that

12   never really changed, if that makes sense, it was just

13   discharging that suite of responsibilities.

14       Q.  I understand.  So if I had looked at your

15   LinkedIn profile, for example, and it looked like at one

16   point it said you were associate legal director and then

17   at some point, say in February of 2019, it said legal

18   director and associate general counsel.  Is that simply

19   a reflection of your rising seniority levels and not

20   necessarily a change in the substance of what you were

21   doing?

22       A.  Yeah, apologies for speaking over you, and

23   apologies to the court reporter, too.

24           Yes, in short answer, those titles relate to an

25   internal job ladder which then relates to compensation,

Kieran

Twitter, Inc.                                                      12/2/2022

1    candidly.  So, you know, is there value in titles, sure,

2    the reality, I think, and in-house practice is it's

3    the -- it's part of your compensation.

4        Q.  Now, at some point, Mr. Kieran, you became the

5    chief privacy officer.  Is that correct?

6        A.  That's correct.

7        Q.  And when did that happen?

8        A.  Oh, August of -- and I will get the year wrong

9    because of Covid, I'm going to say it was 2020, but I

10   could be wrong.  I think it was August 2020.

11       Q.  So around August of 2020, thereabouts, you took

12   on the title of chief privacy officer?

13       A.  Correct.

14       Q.  Did that come with any change in the -- your job

15   duties and responsibilities?

16       A.  No.

17       Q.  Why did the title -- if you can say, why the

18   title change?

19           MR. KOFFMANN:  Could I interpose here just to

20   caution the witness that, you know, as we discussed,

21   communications in your role as a lawyer, communications

22   with company management, company employees, may be

23   privileged, and so I just caution you, as well as your

24   impressions about the answer to this question, your

25   impressions as a lawyer.  So I just caution the witness

Kieran
Twitter, Inc.                                                     12/2/2022

1    to -- if he can answer it without going into those
2    communications or those impressions, that's fine, but to
3    the extent that the answer does require disclosing
4    those, I would instruct him not to answer.
5        THE WITNESS:  Got it.  And, Dan, help me to get
6    it, I'm trying to keep to the right line of this, so I'm
7    not sure how best to proceed, if this requires an
8    offline conversation, but to me this is about career
9    development stuff, not lawyer stuff.
10       MR. KOFFMANN:  I understand.
11       THE WITNESS:  So, but if you all want to chat
12   about it before I talk to Ms. Kim, I'm happy to do that.
13   That's not my goal at all.
14       BY MS. KIM:
15   Q.  Well, let me ask it this way:  Mr. Kieran, when
16   you took on the chief privacy officer title in or about
17   August of 2020, did you continue to serve as the data
18   protection officer for GDPR purposes?
19   A.  I did.  Perhaps maybe the best answer I can give
20   here without going into the detail of it is at the end
21   of the day there was a public connotation with a CPO
22   title in the United States versus a DPO title, and this
23   is an industry tension, right, whether they mean the
24   same thing or don't mean the same thing.  And so for my
25   career, it was important to me that I got to that title.

20

Kieran

1   So this has nothing to do with like a legal change or a

2   thing, it was for my career development.  The role did

3   not change in terms of what I did and how I had to

4   discharge it.

5         I hope that's okay, Dan.

6         MR. KOFFMANN:  Yep, no objection.

7         BY MS. KIM:

8    Q.  So starting, let's say, in January of 2020, to

9   whom were you reporting?

10   A.  January of 2020.  January of 2020.  So the reason

11  I'm hesitating is at that time -- I can't remember when

12  there was a change made, but there was a gentleman who

13  had been hired who did not work out, his name was Todd

14  Cohen, and he left the company some time around that

15  period, but I had been reporting to Todd, who reported

16  to Sean Edgett, the general counsel.  After Todd left, I

17  reported to a person called Stephanie King, and so just

18  the dates elude me, so I'm not sure when that change

19  was, if that makes sense.

20   Q.  Understood.  But it sounds like, in any event, in

21  terms of the reporting relationships, there would be

22  someone between you and Sean Edgett, the general

23  counsel?

24   A.  So that changed over the years.  So there was a

25  period further back in time where I reported directly to

For The Record, Inc.

(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Kieran

Twitter, Inc.                                                      12/2/2022

1    because I'm remembering sequencing.  So it was five, it
2    wasn't three.  And then voluntary resignations at that
3    time, while I was there, no.
4         Q.  Did you hear of any additional resignations that
5    happened on the privacy and data protection team after
6    you left the company?
7         A.  So I don't know whether I would call them
8    resignations.  I just want to make sure that the
9    nomenclature is correct.  What I mean is simply that
10   obviously Mr. Musk provided an opportunity to opt in or
11   opt out, as it were, and stay with the company or leave.
12   A number of folks on my team opted to leave -- a lot of
13   the folks on my old team opted to leave.
14        Q.  About how many, if you know?
15        A.  About 50 percent.
16        Q.  Was that like 15, 16 people?
17        A.  Yeah, 15, 16 people.
18        Q.  And your understanding was that was in response
19   to Mr. Musk's instruction about having to -- I forget
20   the exact wording you used, up their game?
21        A.  I don't know the exact wording.  I obviously
22   wasn't there and, you know, I know what was reported in
23   the media in terms of what was reported, but all I can
24   speak to is simply the folks on my team who stayed in
25   touch who I know opted to not remain at Twitter.

Kieran

Twitter, Inc.                                                    12/2/2022

1        A.   The information security team.

2        Q.   And then at some point did Dr. Kissner formally

3   become the new CISO?

4        A.   Yes.  The date of that is going to escape me, but

5   it was some time in the spring.  I can't remember when

6   we finalized it.

7        Q.   I think you mentioned that there were -- when I

8   asked -- this all came up in response to my question I

9   asked about whether there were other teams or

10  departments that you indirectly oversaw or helped manage

11  and you were talking about the info sec team or

12  organization, and it sounds like it's in connection with

13  the various transitions in leadership in that

14  organization.  Is that accurate?

15       A.   Yes, with an addition.  It wasn't just during the

16  transitions, whenever you have leaders who are there for

17  a short period of times, and I don't think this is

18  unique to the information security team, there will tend

19  to be individuals who have long-tailed historical

20  knowledge about how the organization operates and how

21  things need to be done and support those new individuals

22  when they're in their roles.

23            And so I served in that capacity for every one of

24  the people, because I was effectively the longest

25  standing person with seniority who had knowledge of, you

For The Record, Inc.

(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Kieran

Twitter, Inc.                                                    12/2/2022

1    know, how you do things, what you do, when you do them,

2    et cetera.

3        Q.  Was there someone -- if you had to identify

4    someone who would have the next most senior

5    long-standing knowledge that you have that would be

6    relevant to the info sec team, who would that be?

7        A.  So it would have been Joseph Camilleri until he

8    left to go to Stripe.  Then beyond that, it's going to

9    be folks who have knowledge of pieces, but not the

10   overall, and that's I think the difference, right?  So,

11   for example, Seth Wilson would have a lot of knowledge

12   about a portion of the information security program and

13   what it does.  Andy Saylor, a portion of the program and

14   what it does.  But the overarching, like all the things,

15   there was -- today there is nobody left and there -- you

16   know, even during the last year, there was nobody other

17   than myself who had that knowledge.

18       Q.  I understand Seth led or leads the DART,

19   detection and response team.

20       A.  That's what it was called.  I don't know what

21   it's called today, but that is what it was called.

22       Q.  Is it your understanding that he is no longer at

23   Twitter?

24       A.  No, it's my understanding that he is there

25   through the end of the year.

75

Kieran

Twitter, Inc.                                          12/2/2022

1   variety of other players around the company in different

2   teams who also have roles that support that program.

3        Q.   Does the program have a name?  Did the program

4   have a name?

5        A.   Privacy and data protection program.

6        Q.   And what other teams besides your former privacy

7   and data protection team supported the privacy and data

8   protection program?

9        A.   ████████████████████████████████████████

████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████████████

█████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████████

76

Kieran

Twitter, Inc.                                              12/2/2022



77

Kieran

Twitter, Inc.                                                              12/2/2022

```
 1     ███████████████████████████████████████████████████
       ██████████████████████████████████
 3          Q.  Without disclosing privileged information, what
 4     can you tell me about the impact of the staff
 5     terminations on the various teams that supported
 6     Twitter's privacy and data protection program?
 7               MR. KOFFMANN:  Yeah, if I can just --
 8               MS. KIM:  Just numbers or percentage, roughly.
 9               MR. KOFFMANN:  Thank you for that clarification.
10               THE WITNESS:  So roughly percentage of people
11     impacted on those various teams, yeah, that's going to
12     be a little bit hard.  I think it's easier for some
13     things.  So, for example, the internal audit team,
14     because we were no longer going to be a publicly traded
15     company, internal audit is typically a function for a
16     publicly traded company.  So much of internal audit was
17     reduced; however, the pieces needed that support a PDP
18     program were retained and they were actually moved into
19     my team before I had left.  So that's an example.
20               On the security, the information security team,
21     so I am reluctant to use percentages or hard numbers
22     here because, candidly, ███████████████████████████████
       ████████████████████████████████████████████████
       █████████████████████████████████████████████████████
       ███████████████████████████████████████████████
```

Kieran

Twitter, Inc.                                                    12/2/2022

```
 1    feasible for a very small number of controls for them to
 2    be owned by sort of an amorphic organization, because
 3    some of the ISO controls are so generalized that it is
 4    less specific to have an owner, but as a general
 5    proposition, you should have an owner for each control.
 6        Q.  And is that owner for those controls, are they
 7    the person responsible for making sure the control is
 8    operating as it should be?
 9        A.  Yes.  So there's -- there is a -- there's
10    documentation from ISO and other organizations -- other
11    standard-setting organizations that talk about what a
12    control owner should do, not do, be, not be.  And so as
13    a general proposition, within that sort of generalized
14    guidance from ISO or BSI would be what is expected of a
15    control owner, you know, implementation, documentation,
16    ownership measurement, et cetera.
17        Q.  Did you have a sense of whether the staff
18    reductions at Twitter following Mr. Musk's acquisition
19    affected the headcount of control owners for controls
20    that rolled up into the privacy and data protection
21    program?
22        A.  So there was an impact on control ownership as a
23    result of the reductions in force.
24        Q.  Without giving a legal opinion, is there anything
25    you can tell me factually about what that impact was?
```

Kieran

Twitter, Inc.                                                12/2/2022

1    For example, numbers of former control owners who are no
2    longer at the company.
3        A.  I couldn't give you that, because I don't
4    actually know what that correlated to.  The number that
5    I would have would be ████████████████████████████
     ███████████████████████████████████████████
     ███████████████████████████████
8        Q.  Before you reached your decision to resign from
9    Twitter, had you discussed your decision with anyone
10   else from the company before you made it final?
11       A.  As I mentioned earlier, I had, yes.
12       Q.  Can you identify who at the company you had
13   discussed your decision with before you made it final,
14   without disclosing privileged information?
15       A.  Identifying just people.
16       Q.  Yes.
17       A.  So I had discussed it with Lea Kissner, with
18   Marianne Fogarty, and you're only interested in people
19   at the company, correct?
20       Q.  If there's anyone who used to work for Twitter
21   that you also discussed it with, I would also want to
22   know that, but at this point, your wife and your
23   friends, you don't have to tell me that.
24       A.  Yeah, understood.  So Lea Kissner, Marianne
25   Fogarty, Seth Wilson, Andy Saylor, Kathleen Pacini,

87

Kieran

Twitter, Inc.                                                    12/2/2022

1    Kevin Cope.  Julianna Hayes.  I think that was it.

2        Q.  Are those all -- were those individuals all

3    current employees at Twitter at the time you had those

4    discussions?

5        A.  At the time I had the discussions with them they

6    were, yes.

7        Q.  Is there anything you can tell me about the

8    nature of your discussions with those individuals

9    without disclosing privileged information?

10       A.  I don't believe so.

11       Q.  I'm sorry, you said no?

12       A.  I don't believe so.

13       Q.  As I understand it, you, Dr. Kissner and

14   Ms. Fogarty all resigned around the same time.  Is that

15   accurate?

16       A.  Within 24 hours.

17       Q.  And at the time, Dr. Kissner was Twitter's chief

18   information security officer?

19       A.  Correct.

20       Q.  And Ms. Fogarty was the company's chief

21   compliance officer?

22       A.  Correct.

23       Q.  Had you planned to resign together or around the

24   same time?

25       A.  No, insofar -- to clarify just the question, like

Kieran

Twitter, Inc.                                                    12/2/2022

1    we're all going to resign at 12:00 p.m., no, that is not

2    a thing that was discussed.  Were there discussions

3    related -- were there discussions about we were

4    resigning now-ish, meaning, you know, in short order,

5    yes.

6        Q.  Is there anything more you can tell me, without

7    disclosing privileged information, about why the three

8    of you chose to resign around the same time?

9        A.  No.  I don't believe so.  I think the only

10   additional thing would be just for the avoidance of

11   doubt in terms of when I asked earlier were you

12   interested in people that worked at Twitter or not, what

13   I was actually referring to was the names of lawyers

14   that I had spoken to outside of the company, and so I

15   had conversations with lawyers, you know, outside of the

16   company.

17       Q.  Okay.  And I don't want to get into that, but

18   just in terms of it seems that you, Dr. Kissner and

19   Ms. Fogarty, the news of your resignations all seemed to

20   come out at the same time as if all three of you

21   resigned -- chose to resign together.  I'm trying to

22   understand if you would agree that the three of you had

23   an understanding that you were going to resign around

24   the same time.

25       A.  As I mentioned earlier, a generalized yes, but to

89

Kieran

Twitter, Inc.                                                          12/2/2022

1   be clear, it wasn't something in unison at some specific
2   point in time, right?
3       Q.  Is there anything you can tell me that's not
4   privileged about why the three of you chose to resign
5   around the same time?
6       A.  No, the only thing I can share, again, is that I
7   had conversations with, you know, counsel, and that was
8   it.
9       Q.  Are you able -- I mean, it wasn't just a
10  coincidence that the three of you resigned at the same
11  time.  Is that correct?
12      A.  I can't speak for them, but I think the -- at the
13  culmination of conversations that we had had as a group
14  led to our decisions to depart independently.
15      Q.  I apologize if I've already asked this, but is
16  there anything more that you can say -- that's not
17  privileged -- that you can say about the discussions the
18  three of you had as a group before your resignations?
19      A.  No.  I mean, I'm probably stating the obvious,
20  but I think, you know, we were all members of the data
21  governance committee at Twitter, and so, you know, our
22  conversations would have been as it relates to our
23  obligations under the data governance committee.
24      Q.  Is there anything you can say that's not
25  privileged about whether -- strike that.

Kieran

Twitter, Inc.                                              12/2/2022

```
 1   Time.)
 2          BY MS. KIM:
 3      Q.  I have marked a document as Exhibit 2, it's a
 4   blog post from the Twitter blog entitled "Our continued
 5   work to protect your privacy and security," it appears
 6   to be dated Wednesday, November 10th, 2021.  Do you see
 7   that, Mr. Kieran?
 8      A.  As if by chance, yes.
 9      Q.  And it appears to be offered by you and Rinki
10   Sethi.  Is that true?
11      A.  Yes.
12      Q.  And this is a blog post that's available to the
13   general public.  Is that your recollection?
14      A.  Correct.
15      Q.  Who wrote this blog post?
16      A.  So the comms team helped, but the draft was
17   written by me and edited by the comms team and then I
18   reviewed it and approved it and then Rinki reviewed it
19   and approved it.
20      Q.  So this is the governance committee that you were
21   referring to earlier before we went on break?
22      A.  Yes, there were other things in the post, but
23   yes, the governance committee is part of what's in this
24   post.
25      Q.  So I think you may have started to answer this as
```

Kieran

Twitter, Inc.                                                    12/2/2022

1    part of your explanation earlier, but I'm looking at the

2    blog post, second paragraph, starting around the middle

3    of that second paragraph, it says, "The post says that

4    the Data Governance Committee (DGC) will ensure we are

5    making consistent and balanced decisions around how we

6    use and protect your data."

7         Now, can you explain how the data governance

8    committee accomplished that objective?

9    A.   So the goal of the committee was obviously to be

10   an approver, a decision-maker with respect to, again, as

11   I said earlier, collection, use, maintenance, access,

12   sharing of data that Twitter had obtained or collected,

13   and so there's a couple of different ways in which the

14   committee would discharge that obligation. ████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████

24        Q.   So this paragraph goes on to say that "the

25   committee will oversee all decisions to collect,

Kieran

Twitter, Inc.                                                    12/2/2022

1    Beykpour already left the company?

2        A.   So Bruce Falck and Kayvon Beykpour left the

3    company in spring of 2022, and so they were replaced on

4    the committee with two other individuals, and those two

5    individuals were Nick Caldwell and Jay Sullivan.

6        Q.   Was Nick head of revenue or head of consumer

7    product?

8        A.   So when Kayvon left, Jay Sullivan assumed his

9    role as head of consumer product.  When Bruce left,

10   there was no one to assume his role immediately, so Jay

11   actually was running that in the interim all the way up

12   until, you know, Elon's takeover, or transition.

13        So to deal with that complexity, we had Nick

14   Caldwell take an interim role on the data governance

15   committee, because Nick was head of platform

16   engineering, so he was not head of revenue product or

17   consumer product, which were the two stated roles.  So

18   in the interim, we had Jay serve -- Jay and Nick serve

19   on the committee, with the full intention that when

20   Bruce Falck's backfill was hired, Nick would leave the

21   committee and Bruce's backfill would take the position.

22       Q.   At the time Maryanne Fogarty left or resigned on

23   November 9th, was Nick Caldwell still serving on the

24   data governance committee?

25       A.   No.  So I won't get the dates quite right here,

Kieran

Twitter, Inc.                                                12/2/2022

1   but Nick and Jay they vacated their roles somewhere in

2   or around the time of Elon -- Mr. Musk's takeover.  So

3   the 27th -- between the 27th and the 1st, and I wouldn't

4   know the exact dates.

5       Q.  When you say they vacated their roles, did they

6   leave their jobs at the company or simply step down from

7   the data governance committee?

8       A.  Yeah, so resignations were tendered -- excuse me,

9   resignations were tendered from their roles at the

10  company, but it was sort of -- it is -- I am not able to

11  opine on whether they were fired or whether they

12  resigned.  Yeah.

13      Q.  But that happened it sounds like not long before

14  you left, so Nick Caldwell and Jay Sullivan, who had

15  been potentially filling -- well, Jay Sullivan was the

16  new head of consumer product, Nick Caldwell was filling

17  in for what would have been the head of revenue on those

18  two slots in the data governance committee, and they

19  both left the company at some point shortly after Elon

20  Musk took over?

21      A.  Correct.  And at that point, we still had three

22  people, which because of the rules of the committee,

23  needing three for a decision, we could still operate.

24  Hence why I said all the way up until Maryanne Fogarty

25  departed on the 9th, the committee technically could

134
Kieran
Twitter, Inc.                                                    12/2/2022

```
 1        BY MS. KIM:
 2        Q.  I'm going to mark the next exhibit.  Exhibit 3 is
 3   a blog post it appears by you dated May 25th, 2022
 4   that's titled, "FTC settlement:  Our commitment to
 5   protecting your privacy and security."  Do you see it?
 6        A.  I do see it.
 7        Q.  And is that a blog post that you wrote,
 8   Mr. Kieran?
 9        A.  In similar vein to the others, though, it is
10   written in consultation, obviously, with our comms, with
11   what was our comms team, but yes.
12        Q.  So was it written as -- did you help compose it
13   as a representative of Twitter rather than in your
14   personal capacity?
15        A.  I'm not sure I follow.
16        Q.  Was it your understanding that in helping to
17   draft the language of this blog post that this -- you
18   were doing so as a representative of Twitter rather than
19   just you being here and posting as an individual?
20        A.  No, this is for the company.  Yeah.
21        Q.  Were these statements in the blog post at Exhibit
22   3 truthful at the time you wrote them?
23        A.  Yes.
24        Q.  At the beginning of the second paragraph, you
25   wrote, "Keeping data secure and respecting privacy is
```

138

Kieran

Twitter, Inc.                                                    12/2/2022



1

was that workstream completed at the

21   time you left?

22       A.  Yes.  That had been completed in or around June,

23   when we -- when this blog post was done.

24       Q.  I'm not asking for privileged information here,

25   but as of October 26th, the day before Mr. Musk came in,

139

Kieran

Twitter, Inc.                                                    12/2/2022

1    who was responsible for making sure that the company

2    complied with the FTC order?

3         A.  So the individuals designated for the various

4    responsibilities were Dr. Kissner for the security

5    program, myself for the privacy program, and then

6    obviously we had the data governance committee, which I

7    have already explained, so for that portion of it.  And

8    then while we had not reached that milestone, the -- at

9    the first annual sort of certification date, the plan

10   was that each member of the C-suite would certify

11   individually for their organization to ensure that we

12   aligned incentives with resources for complying with the

13   program requirements.

14        Q.  Who at Twitter -- and I apologize if you feel

15   you've already answered this in your explanations

16   previously, but who at Twitter was responsible for

17   developing the company's privacy and data protection

18   program?

19        A.  That would be me.

20        Q.  And did you share these responsibilities with

21   anybody else?

22        A.  For developing the program, no.  I mean, I sought

23   feedback and input from a variety of stakeholders, but

24   the responsibility to develop it and implement it was

25   me.

Kieran

Twitter, Inc.                                                   12/2/2022

```
 1          "QUESTION:  Without disclosing privileged
 2     information, what can you tell me about your involvement
 3     with the development of this new version of Twitter
 4     Blue?"
 5          THE WITNESS:  So I was involved in that I ensured
 6     that the security and privacy reviews were appropriately
 7     conducted.
 8          BY MS. KIM:
 9          Q.  And were those security and privacy reviews
10     appropriately conducted on the new version of Twitter
11     Blue before it launched in early November?
12          A.  The version that launched on November 9th, yes.
13          Q.  Did the new version of Twitter Blue that launched
14     in early November undergo any aspect of the company's
15     software development lifecycle?
16          A.  So the -- to ensure the speed that the product
17     and engineering team was trying to work at and to ensure
18     that we did the security and privacy reviews, we ensured
19     that there was a different measures in place to ensure
20     that we conducted those reviews; however, it was not in
21     accordance with the SDLC as we had it before that date.
22          Q.  In what way was it not in accord with the SDLC as
23     it existed at that date?
24          A.  I think now we're getting into privileged areas
25     that I probably can't answer.
```

For The Record, Inc.

(301) 870-8025 - www.ftrinc.net - (800) 921-5555

189

Kieran

Twitter, Inc.                                                    12/2/2022

1   DISTRICT OF COLUMBIA, to wit:

2

3        I, Sally Jo Quade, RPR, the officer before whom
    the foregoing deposition was taken, do hereby certify
    that the within-named witness personally appeared before
4   me at the time and place herein set out, and after
    having been duly sworn by me, according to law, was
5   examined by counsel.

6        I further certify that the examination was
    recorded stenographically by me and this transcript is a
7   true record of the proceedings.

8        I further certify that I am not of counsel to any
    of the parties, nor an employee of counsel, nor related
9   to any of the parties, nor in any way interested in the
    outcome of this action.

10

         As witness my hand and notarial seal this 5th day
11  of December, 2022.

12

13

14
                    _____

15                       Sally Jo Quade, RPR
                         Notary Public

16

17

18  MY COMMISSION EXPIRES:

19                       7/14/2023

20

21

22

23

24

25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555