# Exhibit F

## (Dkt. No. 42-6)
## REDACTED

```
 1                 FEDERAL TRADE COMMISSION

 2

 3

 4   IN THE MATTER OF            )

 5   TWITTER, INC.,              ) File No. C-1316

 6        a corporation,         )

 7   -------------------------)

 8

 9

10                         Via Zoom

11                         Wednesday, December 7, 2022

12

13

14        The above-entitled matter came on for

15   investigational hearing, pursuant to subpoena, at

16   11:34 a.m.

17

18

19

20

21

22

23

24

25
```

2

Kissner, Ph.D.

Twitter, Inc.                                                          12/7/2022

```
 1   APPEARANCES:

 2

 3   ON BEHALF OF THE FEDERAL TRADE COMMISSION:

 4        REENAH KIM, ESQUIRE

 5        ANNE COLLESANO, ESQUIRE

 6        ANDREA ARIAS, ESQUIRE

 7        RONNIE SOLOMON, ESQUIRE

 8        Federal Trade Commission

 9        600 Pennsylvania Avenue, N.W.

10        Washington, D.C. 20580

11        (202) 326-2272

12        rkim1@ftc.gov

13

14   ON BEHALF OF TWITTER:

15        KATHERINE LEE MARTIN, ESQUIRE

16        Twitter, Inc.

17        1355 Market Street

18        Suite 900

19        San Francisco, California 94103

20        (843) 368-2937

21        kmartin@twitter.com

22

23

24

25
```

3

Kissner, Ph.D.

Twitter, Inc.                                                    12/7/2022

```
 1   ON BEHALF OF THE WITNESS:

 2        ELLEN LONDON, ESQUIRE

 3        London & Stout

 4        1999 Harrison Street

 5        Suite 655

 6        Oakland, California 94612

 7        (415) 862-8494

 8        elondon@londonstoutlaw.com

 9

10   Also Present:

11        Alex Gaynor, FTC

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Kissner, Ph.D.

Twitter, Inc.                                                           12/7/2022

```
 1    what you mean by a customer service organization.
 2    BY MS. KIM:
 3         Q    It sounds like Twitter services, one
 4    of their roles was to interface with people who
 5    were using Twitter.  Is that accurate?
 6              MS. LONDON:  Objection to form.  It
 7    misstates testimony.
 8              THE WITNESS:  Part of Twitter
 9    service -- of the parts of Twitter service's jobs
10    that I saw, part of it was interfacing with
11    people outside the company in -- in very
12    structured and limited capacity.  They weren't a
13    general customer service organization.
14    BY MS. KIM:
15         Q    You said they were not?
16         A    They were not a general customer
17    service organization.
18         Q    Understood.  Thank you.
19              As the head of privacy engineering,
20    when you first joined the company, did you
21    oversee or supervise the work of any other
22    personnel at Twitter?
23              MS. LONDON:  Objection.  Vague.
24              THE WITNESS:  At the time when I
25    started, I had no reports.  I was building out a
```

For The Record, Inc.

(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Kissner, Ph.D.

Twitter, Inc.                                                    12/7/2022

 1   team.  And I -- and I worked with lots of people
 2   across the company, but I had no -- nobody
 3   reporting to me at that time as I was brought in
 4   to put together a team.
 5   BY MS. KIM:
 6       Q     At some point did you start to have
 7   people who reported directly to you?
 8       A     Yes.
 9       Q     And when was that?
10       A     Oh, goodness.
11       Q     You can give just an approximate time
12   frame if you're not sure of the exact date.  Any
13   time I have a question you're not positive, you
14   can say this is my best estimate.
15       A     I'm trying to remember exactly when
16   all of these reorgs went through.  But I think
17   around the August-ish time frame.  That was --
18   that was the biggest reorg where we brought --
19   where we brought a bunch of people in and made
20   some surrounding agreements around some of the
21   teams that remained federated.
22       Q     Was that August of 2021?
23       A     August of 2021.  What I can't remember
24   is I was also starting to hire people out, and I
25   can't remember whether that started before that

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

28

Kissner, Ph.D.

Twitter, Inc.                                                    12/7/2022

1    reorg or after that reorg.  We were making a big

2    push to hire somewhere around in there.

3         Q     When you say that you started to hire

4    people out, what did you mean?

5         A     So some of that team that I managed

6    for privacy engineering, specifically some of

7    that was people who were already at the company

8    who were already in a privacy team, we brought

9    the whole team in.  There are some people who

10   were at the company already who were not on

11   privacy engineering who transferred into a

12   privacy engineering role, and there were some

13   people who were outside of the company who we

14   hired in to the privacy engineering team.

15        Q     Thank you.

16              At some point did you change job

17   position at Twitter?

18        A     Yes.  In January 2022.

19        Q     How did your job position change?

20        A     At that point, I became the interim

21   CISO for Twitter on behalf of my head of privacy

22   engineering role.

23        Q     By "CISO," you're referring to chief

24   information security officer?

25        A     That is correct.

Kissner, Ph.D.

Twitter, Inc.                                                      12/7/2022

```
 1        Q      And while you were interim CISO, you
 2   continued to do your job duties as head of
 3   privacy engineering.  Is that what you said?
 4        A      That is correct.
 5        Q      At some point did you transition from
 6   being the interim CISO to the full-time CISO or
 7   permanent CISO?
 8        A      Yes.
 9        Q      And when was that?
10        A      I believe we made the -- so I was
11   initially offered the permanent CISO role.  I
12   wanted -- I wanted to make sure we had a
13   conversation about it after everything was in
14   place for that.  I believe we made the final
15   decision about that several months later.  But I
16   think it took until about April or May until the
17   paperwork went -- part of it went through.  So --
18        Q      Functionally, were the things you were
19   doing as interim CISO similar to what you did as
20   permanent CISO once the paperwork went through?
21        A      Yes.
22        Q      And after that April or May '22 time
23   period, after the paperwork formalized your role
24   as CISO, did you continue serving as the head of
25   privacy engineering as well?
```

Kissner, Ph.D.

Twitter, Inc.                                                    12/7/2022

```
 1      A      I don't -- I don't know what the
 2   formal title I ended up with, but I retained that
 3   team and the responsibilities for that team, as
 4   well as the CISO duties.  I also took on the I.T.
 5   department.
 6      Q      When you took on the I.T. department,
 7   did that affect your day-to-day job duties and
 8   responsibilities?
 9      A      Not substantially.  I was primarily
10   concentrated on the security and privacy teams.
11   Alan Rosa the person we hired to be the VP for
12   I.T. is very, very good at I.T., and so he -- he
13   did most of the day-to-day work for that
14   department, and I provided oversight for him.
15      Q      To your understanding, what
16   functionality did the I.T. department at Twitter
17   provide?
18             MS. LONDON:  Objection to form.
19   Vague.
20   BY MS. KIM:
21      Q      Do you understand my question, Dr.
22   Kissner?
23      A      I.T. department provided a range of
24   things.  So this is going to be very, very
25   noncomprehensive.  But that included things like
```

For The Record, Inc.

(301) 870-8025 - www.ftrinc.net - (800) 921-5555

80

Kissner, Ph.D.

Twitter, Inc.                                             12/7/2022

1    possibly hear you both.

2              MS. LONDON:  Thank you for the

3    reminder.  And apologies.

4    BY MS. KIM:

5       Q    Dr. Kissner, in your e-mail at Exhibit

6    1, you made a reference to company decisions by

7    new leadership that impaired the company's

8    ability to ████████████████████████

     ████████████████████

10             Do you see that in your e-mail?

11      A    Yes.

12      Q    What company decisions were you

13   referring to?

14      A    The first of these company decisions

15   was the decision to do that layoff that happened

16   about a week after the acquisition completed.

17      Q    I'll get to that in a moment.

18             Any other company decisions that you

19   had in mind when you wrote this sentence?

20      A    Yes.  Actually -- yes, there were some

21   cost-cutting pressure and decisions that were --

22   that were being put in place that also impaired

23   our ability to do that.

24      Q    I'm sorry.  Decisions that --

25   cost-cutting pressures and decisions that

Kissner, Ph.D.

Twitter, Inc.                                                    12/7/2022

```
1    impaired your ability to do what?
2         A     To ████████████████████████████████
     ██████████████████████████████████
4         Q     I'm going to go through each of these
5    in a moment.  I want to make sure I've got the
6    full list.
7                Any other company decisions that you
8    had in mind when you wrote this e-mail?
9         A     The ongoing ████████████████████████
     ████████████████████████████████████████████████
     ████████████  but that was a smaller factor than the
12   others.
13               For clarification, do you mean to ask
14   about ███████████████████████████████████████████
15   or ██████████████████████████████████
     ████████████████████████  or both?
17        Q     I was going to get to both, but I was
18   going to try to break them down into steps.
19        A     Great.  Okay.  That's -- that I
20   think -- that's all the factors that I can
21   remember were in my mind talking -- talking about
22   the ████████████████████████████████████
23        Q     Let's start with the layoffs.  Can you
24   elaborate more on how the layoffs -- I assume
25   these are the post-Musk acquisition layoffs that
```

82

Kissner, Ph.D.

Twitter, Inc.                                                    12/7/2022

1    occurred about a week after he arrived?

2        A    Yes.

3        Q    Why did that factor into your decision

4    to leave?

5             MS. MARTIN:  I instruct you not to

6    answer that question to the extent it calls for

7    attorney-client privilege.

8             Reenah, Lea has testified several

9    times -- multiple times now that her decision to

10   leave was based on the advice of counsel.  So

11   each time you ask her like what -- how that

12   factored into her decision, I think it's calling

13   for privilege.  I don't think that's what you're

14   meaning to do, but I think there's a way to

15   reformulate that question without calling for

16   that.

17            MS. KIM:  Sure.

18   BY MS. KIM:

19       Q    So Dr. Kissner, you talked about

20   company decisions that were made by new

21   leadership in this e-mail, correct?

22       A    Yes.

23       Q    And I asked you what those decisions

24   were.  You mentioned layoffs.

25       A    Company decisions that impaired the

83

Kissner, Ph.D.

Twitter, Inc.                                                    12/7/2022



1    ████████████████████████████████

     ████████████████████████

3         Q     Without disclosing privileged

4    information, how did the layoffs affect the

5    ████████████████████████████████████████

     ████████████████

7         A     So on multiple ways.  I'm going to try

8    to go through each of them and organize this as

9    best as I can.

10                   Q ███████████████████████████████

     ████████████████████████████████████████

     ███████████████████████████████████

     ██████████████████████████████████████

     ███████████████████████████████

     ████████████████████████████████████████

     ████████████████████████████████████████

     ██████████████████████████████████

     ███████████████████████████████████

     ██████████████████████████████████████████

     ████████████████████████████████████

     ████████████████████████████████████

     ██████████████████████

23        Q     Understood.  When you said that the

24   large numbers of people that were laid off had an

25   impact on ████████████████████████████████

84

Kissner, Ph.D.

Twitter, Inc.                                                    12/7/2022

1    ██████████████████████████████

██████████████████████████

███████████████████████████████████████

█████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

11   Apologies.  I need to ask a privilege question.

12             MS. KIM:  Sure.  Off the record.

13             (A brief recess was taken.)

14   BY MS. KIM:

15        Q    Dr. Kissner, before we took that

16   break, I was asking you about s███████████████

███████████████████████you reference in your e-mail.

18   You mentioned ██████████████████████

█████████████████████████████████████████

██████████████████████████████████████

21             Were there any other ██████████

███████████████████████ that you had in mind when

23   you were talking about how the layoffs -- excuse

24   me -- that you had in mind when you wrote this

25   e-mail?

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

85

Kissner, Ph.D.

Twitter, Inc.                                                    12/7/2022

1       A     Those were the ones that I had the
2    most stake about.  Those are the ones I was
3    thinking about most -- most immediately.
4       Q     What is the -- can you explain more
5    what you meant when you said that -- when
6    identified ████████████████████████████
████████████████████████████████
████████████████
9       A     Sure.  ████████████████████
██████████████████████████████
███████████████████████████████████
███████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
█████████████████████████
17      Q     And what work did that entail to add
18   those additional protections?
19      A     There's a lot of pieces in that
20   program. ██████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
████████████████████████████████
██████████████████████████████████
██████████████████████████████████

86

Kissner, Ph.D.

Twitter, Inc.                                                    12/7/2022



1

There's a bunch of pieces in

5    there.  But that's the very high-level overview.

6         Q    I can imagine.  And was that work

7    being handled by teams that

9         A

15        Q    Just asking for just an estimate, how

16   far along was the company's work on

100

18   percent would be it's all done, where you feel

19   comfortable for the time being.  Roughly what was

20   the state of play for that work when you left?

21        A    It had been

Kissner, Ph.D.

Twitter, Inc.                                                    12/7/2022

```
 1        Q     I understand.  I appreciate that.
 2   It's helpful.
 3              On the -- another technical
 4   improvement you mentioned was the ████████████
     ████████████████████████████████████
 6              Do you recall that?
 7        A     Yes.
 8        Q     Can you tell me more about what that
 9   actually was?
10        A     There are multiple stages in that
11   project.  The first -- the first two really big,
12   big ████████████████████████████████████████████
   ████████████████████████████████████████
   ████████████████████████████████████
   ██████████████████████████████████████████████
   ██████████████████████████████████████████
   ████████████████████████████████████
   ██████████████████████████████████████████
   ████████████████████████████████████████████████
   ████████████████████████████████████████████████
   ████████████████████████████████████████████████
   ████████████████
   ██████████████████████████████████████
   ██████████████████████████████████████████
   ██████████████████████████████████████████
```

91

Kissner, Ph.D.

Twitter, Inc.                                                      12/7/2022

1     ██████████████████████████████████████████

██████████████████████████

3         Q      Thank you.  That is very helpful.

4    Thank you.

5             And we're going -- I'm going -- is

6    there another way to refer to --███

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████

10        A      Yes.  ████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████

14        Q      Okay.  We may have to when we get into

15   some documents later on today.  I appreciate

16   that.  And then at a high level we're going to

17   spend more time talking about this later.  But at

18   a high level, could you just describe what the

19   ████████████████████     entailed?

20        A      █████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████

23        Q      And at the time that you left the

24   company -- and again, just asking for estimate.

25   So if 100 percent is ███████████████     is pretty

Kissner, Ph.D.

Twitter, Inc.                                                    12/7/2022

1       A       So in order to -- so one of the -- one

2    of the programs that we had going on was the --

3    ██████████████████████████████████████

     ██████████████████████████████████████

     ██████████████████████████████████████

     ██████████████████████████████████████

     ████████████████████

8              There's a lot of moving pieces in

9    doing that kind of work, right.  And that was

10   affected both by the layoffs and by the

11   cost-cutting measures because the company chose

12   to layoff most of the team that was doing that

13   work.  And I had told them if they wanted to lay

14   them off, they were going to immediately have to

15   ███████████████████, which ran into the no, we

16   don't want to -- we want to cut costs instead.

17      Q       Which team were you referring to, the

18   one that was nearly all laid off?

19      A       ██████████████████████████

     ████████████████ They were at least half laid off.  I

21   don't remember the exact number.

22      Q       I thought you had just mentioned you

23   had conveyed to somebody were that to get --

24   work -- the ███████████████████████████████

     ██████████████████████████████████.  Was

Kissner, Ph.D.

Twitter, Inc.                                    12/7/2022

1    that your testimony?

2         A    Yes.  I had conveyed many times that

3    █████████████████████████████████████████

█████████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████████████

█████████████████████████████████████

████████████████████████████████████████

████████████████████████

12         Q    Who did you convey your concerns to

13    regarding how critical ███████████ was to these

14    ongoing efforts?

15              MS. LONDON:  Reminder to not

16    communicate any discussions with lawyers.

17              THE WITNESS:  Outside of discussions

18    with lawyers, during the course of the layoffs

19    and the layoff planning, I conveyed these

20    concerns to everybody -- there were approximately

21    eight different layoff plans that were -- that I

22    was involved in over the course of those few

23    days.

24              I was extremely persistent in

25    conveying that we -- in order to keep running the

103

Kissner, Ph.D.

Twitter, Inc.                                                           12/7/2022

```
 1    business, we need -- and to protect our users,

 2    business continuity was high on -- higher on

 3    people's mind at that particular moment, that we

 4    needed to not only maintain a ███████████████

      ████████████████████████████████████████████████

      ████████████████████████████████████████████████

      ████████████████████████████████████████████

      ████████████████████████████████████████

      ████████████████████████████████████████████████

      ████████████████████████████████████████

      ████████████████████████████

12              There was a bunch of people that Elon

13    brought in, including like the CTO, CIO of Tesla,

14    a bunch of very senior Tesla folks.  So I told

15    them this many, many times.

16         Q    And were you asked to make

17    recommendations on which personnel would be cut

18    from your organization?

19         A    Yes.

20         Q    And did the group that was making

21    those decisions take -- let me break it up.

22              In your view, were your

23    recommendations about who should be cut, were

24    those recommendations taken into consideration

25    when the final layoff decisions were made, if you
```

104

Kissner, Ph.D.

Twitter, Inc.                                                                    12/7/2022

1    know?

2         A      So in my -- for the people inside my

3    organization, I believe the recommendations were

4    taken into consideration, but people were cut who

5    I had not recommended to cut, and I actually

6    don't entirely know who because nobody shared the

7    layoff list with me.

8         Q      Didn't you ask for the layout to see

9    the final layoff list?

10        A      Yes, but I was not given access to the

11   list after even -- after the layoffs had taken

12   place.  It was -- yeah.  I did not know who --

13   who was working at the company after the layoffs.

14        Q      Is it fair to say that after the

15   layoffs took place, you -- without having a list

16   of what the final cuts were, you yourself

17   observed that there were some personnel who had

18   been cut that you would not have wanted to be

19   cut?

20        A      Yes.

21        Q      Were any of the people that you

22   learned had been terminated in fact people that

23   you had said were critical and needed to be kept

24   on?

25        A      Yes, but a number of those are easier

Kissner, Ph.D.

Twitter, Inc.                                                    12/7/2022

1    to see in other areas of the company, for

2    instance.  For example -- so -- for example, when

3    ████████████████████████████████████████

████████████████████████████████████████████

████████████    I believe they came up with something

6    like 50 percent had been terminated.

7         Q    Just so I'm clear, ██████████████████



113

Kissner, Ph.D.

Twitter, Inc.                                                          12/7/2022

1    analysis on user data.  ████████████████

████████████████████████████████████████

████████████████████████████████

████████████████████████████████████

████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

████████████████████████████

9        Q    Thank you.  So back to Exhibit 1.  In

10   that second sentence?

11            MS. LONDON:  Sorry, Reenah.  We moved

12   the computer away.

13            MS. KIM:  Where is Dr. Kissner?

14            MS. LONDON:  She's getting the

15   computer.

16            MS. KIM:  I looked down for a second,

17   and they were gone.

18            THE WITNESS:  Magic.

19            MS. LONDON:  Okay.  We have it.

20   BY MS. KIM:

21       Q    On Exhibit 1, your resignation e-mail,

22   in the second sentence you had said -- you said

23   you thought you were being exposed to great

24   personal risk based on company decisions by new

25   leadership that ████████████████████████

For The Record, Inc.

(301) 870-8025 - www.ftrinc.net - (800) 921-5555

114

Kissner, Ph.D.

Twitter, Inc.                                                      12/7/2022

1     ██████████████████████████████████.

2            When you made that reference to new

3     leadership, did you have someone in particular in

4     mind or some people in mind?

5        A    The company decisions by new

6     leadership that were ████████████████████████

7     ████████████████████████████████████, I had

8     in mind Elon Musk and Alex Spiro and the folks

9     that Elon had brought in from like Tesla and

10    other companies.

11       Q    So the next subject on this memo, this

12    e-mail, it says -- you go on to state "Further,

13    these actions have effectively ████████████

      ████████████████████████████████████████████

      ████████████████████████████

16           Do you see that in your e-mail?

17       A    Yes.

18       Q    What did you mean by the ████████████

      ████████████████████████████████████████

      ████████████████████████████

21           MS. LONDON:  Just to interject, they

22    can testify as to things that were in place but

23    not as to the extent that they were required by

24    law.

25           MS. KIM:  Sure.  I'm just -- I just --

115

Kissner, Ph.D.

Twitter, Inc.                                                              12/7/2022

```
1               MS. LONDON:  I think it's fine.  I
2     just want to put that on the record.
3               MS. KIM:  Understood.  Understand.  I
4     just wanted to understand which ██████████
      ██████████████    Dr. Kissner had in mind when they
6     wrote this sentence in the e-mail.
7               THE WITNESS:  So the first one is
8     ██████████████████████████
```

Kissner, Ph.D.

Twitter, Inc.                                          12/7/2022



1       ██████████████████████████████████████

        ████████████████████████████████████

        █████████████████████████████████████

4               Is there anything else that you would

5       include on that list of ████████████████████

        ████████████████████████████████████

        █████████████████

8       A       Those are ones that I remember right

9       now. █████████████████████████████

        ████████████████████████████

11      Q       I'd rather learn a little bit more

12      about each of those.  If we start with ███████

        ██████████████████████████, what did you mean by

14      that?

15      A       Excluding any conversations with

16      lawyers, it had been extremely difficult to ████

        ████████████████████████████████████████

        ████████████████████████████████████████

        ████████████████████████████████████████

        ████████████████████████████████████

        ███████████████████

        ████████████████████████████████████████

        ████████████████████████████████████

        ████████████████████████████████████

        ████████████████████████████████

130

Kissner, Ph.D.

Twitter, Inc.                                                    12/7/2022

1    information from your perspective, did you get a

2    sense as to whether there were any other teams

3    associated with the security controls that had

4    also been affected by the layoffs?

5         A    I don't know about the security

6    controls.  I have better answers for privacy

7    projects, right.

8         Q    And again, recognizing you did not

9    have perfect visibility into who was actually

10   laid off, what was your impression of how the

11   layoffs affected employee -- personnel who worked

12   on the privacy and product side of things?

13        A    A number of the privacy -- the privacy

14   technical improvements ████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████

22        Q    Was there any other aspects of the

23   ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████ by the

131

Kissner, Ph.D.

Twitter, Inc.                                                    12/7/2022

```
 1   actions taken by new leadership at the company?
 2         A     Given the number of people who were
 3   associated with ███████████████████████████████
     ██████████████████████████████████████████████
     ███████████████████████████████████████████
     ████████████████████████████████████████
     ████████████████████████████████████████
     ██████████████████████████████████████
     ██████████████████████████████████████
     ███████████████████████████████████████████████
     ████████████████████████████████
12         Q     Understood.
13         A     The other -- once we tracked down
14   somebody to even ask, the other problem that we
15   would have run into is that they were getting
16   conflicting priorities from Elon and Elon's team
17   in some cases.
18               Like Twitter Blue Verified has to
19   launch right now.  We need to do this thing right
20   now.  We need to do this thing right now, and
21   that's with teams that are so reduced in size
22   that they are ███████████████████████████████
23   And the thing that we all told everybody from
24   Elon's side repeatedly during -- during that
25   layoff planning was that a whole lot of people
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

132

Kissner, Ph.D.

Twitter, Inc.                                                    12/7/2022

1   were going to quit, right.  So it's not just the

2   layoff.  It's often the best people on those

3   teams who are the ones you want to keep, they

4   quit or were planning to quit as fast as

5   possible.  Not in all cases, but in a very

6   significant number.

7          So given new priorities coming in and

8   with a "You need to stay all night, you need to

9   work on this until it's done" kind of priority,

10  the need to keep the systems up, the security

11  stuff becomes really hard to reconcile with that

12  situation.

13      Q    Was it your sense that ███████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████

17      A    At that time, yes, that was my

18  impression that ████████████████████████████████

████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████

24      Q    We talked a bit earlier about the

25  layoffs that occurred, and I think I recall you

237

Kissner, Ph.D.

Twitter, Inc.                                              12/7/2022

```
1              THE WITNESS:  Not without implicating
2    privilege.
3    BY MS. KIM:
4        Q    And you made a reference to potential
5    consequences for their actions.  What can you
6    tell me without revealing privileged information
7    you had in mind when you talked about -- when you
8    wrote that there would be potential consequences
9    for their action?
10             MS. LONDON:  Objection.  Privileged.
11   Calling for privileged information, I believe.
12             MS. KIM:  It is not.  You can answer
13   without revealing the privileged information.
14             MS. LONDON:  Without implicating what
15   you heard from lawyers.
16             THE WITNESS:  So there's some stuff
17   that isn't, I think.  I'm not a lawyer.
18             MS. LONDON:  Do you want -- Katherine,
19   just one last breakout.
20             MS. MARTIN:  Let's breakout.
21             MS. KIM:  Off the record.
22             (Discussion off the record.)
23             THE WITNESS:  Without any privileged
24   stuff, there are █████████████████████████
     ████████████████████████████████████████████
```

238

Kissner, Ph.D.

Twitter, Inc.                                                    12/7/2022

1   ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████

6   BY MS. KIM:

7        Q    I'm so sorry.  Can you repeat that

8   part?  It sounded muffled on mine.  I don't know

9   if Tammy was able to catch it all.

10        A    ████████████████████████████████

████████████████████████████████████

████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████

████████████████

████████████████████████████████████████

████████████████████████████████████████

█████████████████████████████████████████

██████████████████████████████████████

█████████████████████████████████████████

██████████████

████████████████████████████████████████

Kissner, Ph.D.

Twitter, Inc.                                              12/7/2022

1   

10        Q    To your knowledge, have any of those

11   consequences that you feared may come to pass

12   actually happened at this point?  You may not --

13   to the extent you know.  You may not.

14        A    I have limited -- very limited

15   information about what's going on in the systems

16   at this point.  Twitter Blue, it did play out

17   exactly like one would have expected it to play

18   out, and that wasn't good.

19        Q    Do you mean with respect to the

20   impersonations?

21        A    Yes.  With respect to the

22   impersonations.  But I'm even more worried about

23

242

Kissner, Ph.D.

Twitter, Inc.                                                          12/7/2022

```
 1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
 2              I, Tammy S. Newton, the officer before
 3    whom the foregoing proceedings was taken, do
 4    hereby certify that the foregoing transcript is a
 5    true and correct record of the proceedings; that
 6    said proceedings were taken by me
 7    stenographically and thereafter reduced to
 8    typewriting under my supervision; and that I am
 9    neither counsel for, related to, nor employed by
10    any of the parties to this case and have no
11    interest, financial or otherwise, in its outcome.
12              IN WITNESS WHEREOF, I have hereunto set
13    my hand and affixed my notarial seal this 9th day
14    of December, 2022.
15    My commission expires:
16    3/05/2026
17
18                    Tammy S Newton
19                    Notary Public in and for the
20                    State of Maryland
21
22
23
24
25
```

For The Record, Inc.

(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**CERTIFICATE OF DEPONENT**

        I hereby certify that I have read and examined the foregoing transcript, and the same is a true and accurate record of the testimony given by me.

        Any additions or corrections that I feel are necessary, I will attach on a separate sheet of paper to the original transcript.

_____

Lea Kissner

**WITNESS NAME**

WITNESS: Lea Kissner

DATE: December 7, 2022

CASE: United States of America v. Twitter, USDC Case No. 3:22-cv-3070

Please note any errors and the corrections thereof on this errata sheet.  The rules require a reason for any change or correction.  It may be general, such as "To correct stenographic error," or "To clarify the record," or "To conform with the facts."

| PAGE.LINE | CORRECTION | REASON FOR CHANGE |
|---|---|---|
| 16.20 | Effect → respect | To clarify the record |
| 19.16 | "left out"    "left there" | To clarify the record |
| 20.20 | business basic → business facing | To clarify the record |
| 32.16 | right after → right after he started [as CEO] | To clarify the record |
| 35.11 | got then → got them | To clarify the record |
| 43.21 | OCTA → Okta | To clarify the record |
| 43.22 | OCTA → Okta | To clarify the record |
| 52.17 | RXCs → RFCs | To clarify the record |
| 53.24 | automatization → anonymization | To clarify the record |
| 53.25 | automatization → anonymization | To clarify the record |
| 57.7 | we're → were | To clarify the record |
| 58.11 | Kramer → Cranor | To clarify the record |
| 58.25 | exams → exam | To clarify the record |
| 85.2 | stake → state | To clarify the record |

| 88.20 | OCTA → Okta | To clarify the record |
|-------|-------------|-----------------------|
| 91.22 | deleted from → deleted, from | To clarify the record |
| 93.14 | prog → non-prod | To clarify the record |
| 96.22 | It is not → Two, it is not (I don't know if I said that, but that's the second category) | To clarify the record |
| 96.22 | is it user → three, is it user (I don't know if I said that, but that's the third category) | To clarify the record |
| 98.2 | pursuable → parsable | To clarify the record |
| 101.19 | security governance risk and → security governance, risk, and | To clarify the record |
| 103.10 | Warren → Boring | To clarify the record |
| 104.8 | [not me] for the layout → after the layoff | To clarify the record |
| 105.20 | [not me] respectfully → respectively | To clarify the record |
| 115.9 | litigations → mitigations | To clarify the record |
| 120.7 | put → pushed | To clarify the record |
| 124.12 | extension → exception | To clarify the record |
| 126.11 | where those → of those | To clarify the record |
| 128.5 | direction → directive | To clarify the record |
| 132.23 | different → current | To clarify the record |
| 146.9 | going to → going to be | To clarify the record |
| 150.22 | privacy engineers → privacy engineering | To clarify the record |
| 151.17 | frame → stream | To clarify the record |
| 151.24 | live → wide | To clarify the record |
| 158.6-8 | Hey, finance, tell us all the things are that critical financial records so we can | To clarify the record |

|  | not delete the |  |
|---|---|---|
| 160 | prog → prod | To clarify the record |
| 167.4-5 | housed project engineering → housed in privacy engineering | To clarify the record |
| 170.11 | lay → wave | To clarify the record |
| 172.19 | ruled → rolled | To clarify the record |
| 174.11 | [not me] lift → list | To clarify the record |
| 173.18-19 | "it's not enough to say somebody can call the file service. Someone can't call the file service" → "it's not enough to say somebody can/can't call the file service" | To clarify the record |
| 174.1 | "means can you call the service, can you not call" → "means can you call/not call the service" | To clarify the record |
| 182.6 | education → edge cases | To clarify the record |
| 195.1 | SRA → SRE | To clarify the record |
| 204.15 | Apple → ACL | To clarify the record |
| 204.15 | Aurora, may of those → Aurora/MesOS | To clarify the record |
| 211.3 | not me] Spiros → Spiro | To clarify the record |
| 211.7 | not me] Spiros → Spiro | To clarify the record |
| 211.14 | not me] Spiros → Spiro | To clarify the record |
| 212.3 | Spiros → Spiro | To clarify the record |
| 224.16 | seemed thrilled → didn't seem thrilled | To clarify the record |
| 231.6 | licensee → license | To clarify the record |
| 232.7 | site → side | To clarify the record |
| 233.5 | hey → because | To clarify the record |

| 238.5 | productions → protections | To clarify the record |
|-------|---------------------------|------------------------|