# Exhibit C

## (Dkt. No. 42-7)
## REDACTED

**To:**      lkissner@twitter.com[lkissner@twitter.com]
**From:**    Lea Kissner[chialea@gmail.com]
**Sent:**    Thur 11/10/2022 2:30:40 AM (UTC)

To Twitter:
Effective immediately, November 9th 2022, I resign from Twitter for multiple reasons. For example, as the CISO, a member of the Data Governance Committee, and the head of the security program, I am being exposed to great personal risk based on company decisions by new leadership that ██████████████████████████████████████████████████
███████████████████████████████████████████████████████████████ Further, these actions ████████
██████████████████████████████████████████████████████ Warnings to company leadership of
the potential consequences for such actions have been ignored. As such, I am unable to ██████████████████ and
have no other choice but to resign effective immediately.
Thank you,
Lea Kissner

**EXHIBIT**

001